```
Court Name: District of South Dakota
Division: 4
Receipt Number: SDX400036683
Cashier ID: jstevens
Transaction Date: 05/22/2015
Payer Name: ZIMMER DUNCAN COLE
------------------------------------
CIVIL FILING FEE
 For: ZIMMER DUNCAN COLE
 Amount:         $400.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 054949
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

CIV 15-1023  Sioux Rural Water
System, Inc. v. City of Watertown
et al
```