**MEMORANDUM**
**UNITED STATES DISTRICT COURT**


FILED
MAY 26 2015
CLERK

Date: May 25, 2015
To:    Counsel
From: Judge Kornmann
Re:    Sioux Rural Water v. Watertown, CIV. 15-1023

    I have looked at the complaint. Some reference is made in paragraph 39 on page 7 to action in progress by the city to provide water service to a parcel located near the intersection of Pheasant Ridge Road and U.S. Highway 212. The allegation, as I understand it, is not to the effect that this is an existing customer of the plaintiff but to a potential customer within the plaintiff's alleged service area. Do I understand correctly that there is no request for a temporary restraining order and thus no need for a prompt hearing?

    Unless I hear from you to the contrary, I will assume that this lawsuit will take its usual course.

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
United States Courthouse
102 4th Ave. SE, Suite 408
Aberdeen, SD 57401
605-377-2600

cc: Clerk's file
    Susan Margolies