| UNITED STATES DISTRICT COURT | | Return # 10749<br>Process # C201501418<br>Docket # CIV15-1023<br>Reference # |
|---|---|---|
| STATE OF SOUTH DAKOTA<br>COUNTY OF CODINGTON | }<br>}<br>}<br>} | |
| Sioux Rural Water System, Inc., a Non-Profit Corporation<br>      Plaintiff,<br>      - vs -<br>City of Watertown, a South Dakota Municipality, and Watertown Municipal Utilities, an agency of the City of Watertown<br>      Defendant | }<br>}<br>}<br>}<br>}<br>} | SHERIFF'S RETURN - CORPORATE SERVICE |

I hereby certify and return that **a Summons in a Civil Action; Complaint; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** came into my hands for service on **26th day of May, 2015** at **11:00 AM**, and that on **27th day of May, 2015 at 1:45 PM**, I served the same upon **Municipal Utilities**, by leaving with **Steve Lehner - General Manager**, personally, a true and correct copy thereof, at **City Hall**, in the county of Codington, state of South Dakota. I know the person so served to be the person named in said action.

Dated this **27th day of May, 2015**, at Watertown, South Dakota.

| Item | Disburse To | Amount Owed | Amount Paid |
|---|---|---|---|
| Civil Process Fees | Codington County Treasurer | $5.00 | $0.00 |
| | | Total Owed | $5.00 |
| | | Total Paid | $0.00 |
| | | Uncollectible | $0.00 |
| | | Remaining | $5.00 |

**Invoice #**  2015/513
Zimmer Duncan & Cole LLP
PO Box 550, Parker, SD 57053

**Comments**

**Date Returned** 5/28/15

**Signed** _____
Toby Wishard
Codington County Sheriff
By: Civil Deputy Adam Reeves
14 1st Ave SE
Watertown, SD 57201
Phone: (605) 882-6280

Page 1