| | |
|---|---|
| UNITED STATES DISTRICT COURT | Return # 10753<br>Process # C201501417<br>Docket # CIV15-1023<br>Reference # |

STATE OF SOUTH DAKOTA }
COUNTY OF CODINGTON }
}
}
Sioux Rural Water System, Inc., a Non-Profit }
Corporation }
    Plaintiff, }    SHERIFF'S RETURN - CORPORATE SERVICE
    - vs - }
City of Watertown, a South Dakota Municipality, }
and Watertown Municipal Utilities, an agency of
the City of Watertown
    Defendant }

I hereby certify and return that **a Summons in a Civil Action; Complaint; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** came into my hands for service on **26th day of May, 2015** at **11:00 AM**, and that on **27th day of May, 2015 at 8:09 PM**, I served the same upon **Municipal Utilities**, by leaving with **Wayne Schultz - President of Board of Directors**, personally, a true and correct copy thereof, at **872 HIDDEN VALLEY DR, WATERTOWN, SD 57201**, in the county of Codington, state of South Dakota. I know the person so served to be the person named in said action.

Dated this **27th day of May, 2015**, at Watertown, South Dakota.

| Item | Disburse To | Amount Owed | Amount Paid |
|---|---|---|---|
| Civil Process Fees | Codington County Treasurer | $25.00 | $0.00 |
| Mileage Fee | Codington County Treasurer | $4.00 | $0.00 |
| | Total Owed | | $29.00 |
| | Total Paid | | $0.00 |
| | Uncollectible | | $0.00 |
| | Remaining | | $29.00 |

Invoice #     201501512
               Zimmer Duncan & Cole LLP
               PO Box 550, Parker, SD 57053

**Comments**

**Date Returned** 5/28/15

**Signed** _____
Toby Wishard
Codington County Sheriff
By: Civil Deputy Adam Reeves
14 1st Ave SE
Watertown, SD 57201
Phone: (605) 882-6280