| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | Return # 10750<br>Process # C201501416<br>Docket # CIV15-1023<br>Reference # |

STATE OF SOUTH DAKOTA }
COUNTY OF CODINGTON }
}
}
Sioux Rural Water System, Inc., a Non-Profit }
Corporation
    Plaintiff, }    SHERIFF'S RETURN - CORPORATE SERVICE
    - vs - }
City of Watertown, a South Dakota Municipality, }
and Watertown Municipal Utilities, an agency of
the City of Watertown
    Defendant }

I hereby certify and return that **a Summons in a Civil Action; Complaint; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** came into my hands for service on **26th day of May, 2015** at **11:00 AM**, and that on **27th day of May, 2015** at **1:45 PM**, I served the same upon **City of Watertown**, by leaving with **Steve Thorson - Mayor**, personally, a true and correct copy thereof, at **City Hall**, in the county of Codington, state of South Dakota. I know the person so served to be the person named in said action.

Dated this **27th day of May, 2015**, at Watertown, South Dakota.

| Item | Disburse To | Amount Owed | Amount Paid |
|---|---|---:|---:|
| Civil Process Fees | Codington County Treasurer | $25.00 | $0.00 |
| Mileage Fee | Codington County Treasurer | $2.00 | $0.00 |
| | Total Owed | | $27.00 |
| | Total Paid | | $0.00 |
| | Uncollectible | | $0.00 |
| | Remaining | | $27.00 |

**Invoice #**    201501511
Zimmer Duncan & Cole LLP
PO Box 550, Parker, SD 57053

**Comments**

**Date Returned** 5/28/15

**Signed** _____
Toby Wishard
Codington County Sheriff
By: Civil Deputy Adam Reeves
14 1st Ave SE
Watertown, SD 57201
Phone: (605) 882-6280