UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
12 Second Avenue, SE, Suite 200
Aberdeen, South Dakota 57401

**CHARLES B. KORNMANN**　　　　　　　　　　　Tel. (605) 377-2600
**Judge**　　　　　　　　　　　　　　　　　　　　Fax (605) 377-2601

June 12, 2015

Mr. Jeffrey A. Cole
Attorney at Law
5000 South Broadband Lane
#119
Sioux Falls, SD  57108

Mr. Jack H. Hieb
Attorney at Law
One Court Street
PO Box 1030
Aberdeen, SD  57402-1030

　　Re:　Sioux Rural Water System, Inc. v. City of Watertown, et al.
　　　　　CIV  15-1023

Dear Counsel:

Unless you have already done so, counsel for the parties should meet, either face-to-face or by conference telephone, and prepare a written response to the Order for Form 52 Report and Scheduling Information which has been entered today.  A copy is enclosed.

Please be sure to carefully read the order.  If you are not familiar with my "Standard Operating Procedures", please call the Clerk in Pierre at (605) 945-4600 and request a copy.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　*Charles B. Kornmann*

　　　　　　　　　　　　　　　　　　　CHARLES B. KORNMANN
　　　　　　　　　　　　　　　　　　　United States District Judge

CBK:bjp
Enclosure