```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF SOUTH DAKOTA
                         NORTHERN DIVISION
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SIOUX RURAL WATER SYSTEM, INC.,      Civ. 15-1023
a Non-Profit Corporation

        Plaintiff,

  -vs-                         **NOTICE OF APPEARANCE**
                                **OF ADDITIONAL COUNSEL**

CITY OF WATERTOWN, a South Dakota
Municipality, and WATERTOWN
MUNICIPAL UTILITIES, an agency of
the CITY OF WATERTOWN,

        Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

        COMES NOW Zachary W. Peterson, of Richardson, Wyly, Wise, Sauck & Hieb, LLP, and hereby notes his appearance as additional counsel on behalf of the defendants in the above-captioned matter.

        Dated this 15th day of July, 2015.

                              RICHARDSON, WYLY, WISE, SAUCK
                               & HIEB, LLP


                            By   /s/ Zachary W. Peterson
                                Attorneys for Defendants

                            One Court Street
                            Post Office Box 1030
                            Aberdeen, SD  57402-1030
                            Telephone No. 605-225-6310
                            Facsimile No. 605-225-2743
                            e-mail: zpeterson@rwwsh.com

## **CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys for defendants, hereby certifies that on the 15th day of July, 2015, a true and correct copy of **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** was filed and served via the federal court CM/ECF electronic filing system on:

Mr. Jeffrey A. Cole
Mr. William D. Sims
Zimmer, Duncan & Cole, LLP
Attorneys at Law
5000 South Broadband Lane, #119
Sioux Falls, SD  57108

          /s/ Zachary W. Peterson