UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION



**FILED**
FEB 19 2016

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., A NON-PROFIT CORPORATION;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, A SOUTH DAKOTA MUNICIPALITY; AND WATERTOWN MUNICIPAL UTILITIES, AN AGENCY OF THE CITY OF WATERTOWN;<br><br>Defendants. | 1:15-CV-01023-CBK<br><br>SECOND AMENDED RULE 16 SCHEDULING ORDER |

Counsel for the parties held a meeting in compliance with F.R.C.P. 26(f) and submitted a report.

Now, therefore,

IT IS ORDERED:

(1) The Report of Parties' Planning Meeting, filed July 15, 2015, is approved and adopted by the Court.

(2) Plaintiff's **second** unopposed motion to extend deadlines, **Doc. 16**, filed on **February 18, 2016**, is approved and adopted.

(3) The plaintiff has until June 6, 2016, to move to join additional parties and to move to amend the pleadings. The defendant has until June 6, 2016, to move to join additional parties and to move to amend the pleadings.

(4) All discovery will be completed by **June 22, 2016**.

(5) A maximum of fifty (50) interrogatories of each party to any other party will be allowed.

(6) There will be a maximum of twenty (20) depositions for each party.

(7) Reports from retained experts under Rule 26(a)(2) shall be due from plaintiffs by March 21, 2016, and from defendants by May 23, 2016.

(8) Supplementations under Rule 26(e) shall be due within a reasonable time after the party becomes aware of information that should be disclosed under Rule 26(e), which, in any event, shall be completed no later than sixty (60) days prior to trial days prior to trial.

(9) All motions, other than motions in limine, together with supporting briefs, shall be filed and served on or before **September 21, 2016**. Opposing parties shall file and serve answering materials and briefs by no later than twenty (20) days thereafter. Reply briefs, if desired, shall be filed and served no later than ten (10) days thereafter.

(10) A telephonic pretrial conference shall be held on **Friday, November 18, 2016, at 1:30 p.m.,** and a trial date shall be fixed by the Court after consultation with counsel of record. Counsel will receive written instructions from the Aberdeen chambers regarding the conference bridge telephone number and participant code that will be used for this conference.

DATED this 19th day of February, 2016.

BY THE COURT:

_____
CHARLES B. KORNMANN
United States District Judge