```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF SOUTH DAKOTA
                      NORTHERN DIVISION
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SIOUX RURAL WATER SYSTEM, INC.,   *         Civ. 15-1023
a Non-Profit Corporation          *
                                  *
              Plaintiff,           *
                                  *
     -vs-                          *   DEFENDANTS' FIRST UNOPPOSED
                                  *   MOTION TO EXTEND DEADLINES
CITY OF WATERTOWN, a South Dakota *
Municipality, and WATERTOWN       *
MUNICIPAL UTILITIES, an agency of *
the CITY OF WATERTOWN,             *
                                  *
              Defendants.          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

COME NOW the defendants, pursuant to Federal Rule of Civil Procedure 29, and respectfully submit this Unopposed Motion to Extend Deadlines and move this Court for an amended scheduling order.

The Court entered its Second Amended Rule 16 Scheduling Order on February 19, 2016, based upon Plaintiff's Second Unopposed Motion to Extend Deadlines. The purpose of amending the scheduling order twice in this case relates to the plaintiff's need to do additional work before they could disclose their expert witnesses. Plaintiff disclosed its expert witnesses consistent with the Court's Second Amended Rule 16 Scheduling Order and defendants are seeking to conduct discovery on those experts prior to disclosing defendants' experts and their reports. The parties have now scheduled those depositions, the last of which is scheduled to take place on July 1, 2016.

1

Therefore, the defendants respectfully submit this Unopposed Motion to Extend Deadlines.

Defendants are authorized to state that the plaintiff does not object to this Motion, as long as all subsequent deadlines are extended. Defendants move this Court for an Order to extend deadlines as follows:

1. Reports from retained experts under Rule 26(a)(2) shall be due from defendants by August 12, 2016.

2. All discovery shall be completed by September 30, 2016.

3. All motions, other than motions in limine, together with supporting briefs, shall be filed and served on or before October 31, 2016. Opposing parties shall file and serve answering materials and briefs no later than twenty (20) days thereafter. Reply briefs, if desired, shall be filed and served no later than ten (10) days thereafter.

4. A telephonic pretrial conference shall be held at a time and date set by the Court, and a trial date shall be fixed by the Court after consultation with counsel of record.

Respectfully submitted this 18th day of May, 2016.

```
One Court Street                    RICHARDSON, WYLY, WISE, SAUCK
Post Office Box 1030                 & HIEB, LLP
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
Facsimile No. 605-225-2743
e-mail: jhieb@rwwsh.com             By    /s/ Jack H. Hieb
                                          Attorneys for Defendants
```

**CERTIFICATE OF SERVICE**

       The undersigned, one of the attorneys for defendants, hereby certifies that on the 18th day of May, 2016, a true and correct copy of **DEFENDANTS' FIRST UNOPPOSED MOTION TO EXTEND DEADLINES** was served electronically through the CM/ECF Federal Court filing system on:

(jcole@zdclaw.com)
(bill@zdclaw.com)
Mr. Jeffrey A. Cole
Mr. William D. Sims
Zimmer, Duncan & Cole, LLP
Attorneys at Law
5000 South Broadband Lane, #119
Sioux Falls, SD  57108

                                    /s/ Jack H. Hieb