UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SIOUX RURAL WATER SYSTEM, INC., <br> a Non-Profit Corporation | \* <br> \* <br> \* | Civ. 15-1023 |
| Plaintiff, | \* <br> \* | |
| -vs- | \* <br> \* | **DEFENDANTS' UNOPPOSED** <br> **MOTION FOR EXTENSION OF** |
| CITY OF WATERTOWN, a South Dakota <br> Municipality, and WATERTOWN <br> MUNICIPAL UTILITIES, an agency of <br> the CITY OF WATERTOWN, | \* <br> \* <br> \* <br> \* <br> \* | **MOTION DEADLINE** |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Court's Third Amended Rule 16 Scheduling Order (Doc. 19) requires that all motions, other than motions in limine, together with supporting briefs, shall be filed and served on or before October 31, 2016. The defendants hereby respectfully move the Court to enter an Order extending the dead-line for motions to November 7, 2016. The undersigned conferred with counsel for the plaintiff and confirmed that plaintiff has no objection to this Motion.

Dated this 20th day of October, 2016.

RICHARDSON, WYLY, WISE, SAUCK
 & HIEB, LLP

By____/s/  Jack H. Hieb_____
        Attorneys for Defendants

One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
Facsimile No. 605-225-2743
e-mail: jhieb@rwwsh.com

1

## **CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys for defendants, hereby certifies that on the 20th day of October, 2016, a true and correct copy of **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF MOTION DEADLINE** was served electronically through the CM/ECF Federal Court filing system on:

(jcole@zdclaw.com)
Mr. Jeffrey A. Cole
Zimmer, Duncan & Cole, LLP
Attorneys at Law
5000 South Broadband Lane, #119
Sioux Falls, SD  57108


        /s/ Jack H. Hieb