```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF SOUTH DAKOTA
                         NORTHERN DIVISION
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SIOUX RURAL WATER SYSTEM, INC.,   *         Civ. 15-1023
a Non-Profit Corporation          *
                                  *
            Plaintiff,             *
                                  *
    -vs-                          *    ORDER GRANTING DEFENDANTS'
                                  *       UNOPPOSED MOTION FOR
CITY OF WATERTOWN, a South Dakota *       EXTENSION OF MOTION
Municipality, and WATERTOWN       *              DEADLINE
MUNICIPAL UTILITIES, an agency of *
the CITY OF WATERTOWN,            *
                                  *
            Defendants.            *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

Pending before the Court is Defendants' Unopposed Motion for Extension of Motion Deadline, in which the defendants request the Court extend the time for the parties to serve and file motions, other than motions in limine, to November 7, 2016. After reviewing the Motion, together with the file in this matter,

      IT IS ORDERED:

      1.  That Defendants' Unopposed Motion for Extension of Motion Deadline is granted.

      2.  All motions, other than motions in limine, together with supporting briefs, shall be filed and served on or before November 7, 2016.

      Dated this _____ day of October, 2016.

                    BY THE COURT:

                    _____
                    Honorable Charles B. Kornmann
                    United States District Judge