*Map image: Google Earth aerial view labeled "WEST SIDE" showing areas outlined in red (City of Watertown), yellow lines (Sioux's pipes in the ground), and green squares (Sioux Water hookups). Labels visible include "Kittleson" and "KAK", with numerous numbered hookup points (e.g., 825, 744, 1652, 1654, 740, 1579, 745, 739, 849, 738, 741, 851, 865, 852, 742, 923, 1075, 1228, 666, 1786, 931, 1350, 1563, 1349, 1787, 1594, 1344, 1562, 1351, 1353, 1345, 1346, 1347, 1355, 1357, 1358, 1360, 1361, 1362, 1363, 1364, 1365, 1687, 1575, 1030, 1678, 746, etc.).*

Legend:
- Yellow Lines are Sioux's pipes in the ground
- Green squares are Sioux Water hookups
- Areas within red lines are the City of Watertown

APP. 1-1

"EAST SIDE"

Areas within red lines are the City of Watertown

Yellow lines are Sioux's pipes in the ground

Green squares are Sioux Water hookups

APP.1-2



APP.1-3