UNTIED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN<br><br>Defendants. | Civ. 15-1023<br><br><br><br>AFFIDAVIT OF JEFF COLE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

STATE OF SOUTH DAKOTA ) 
 : SS
COUNTY OF LINCOLN )

Jeff Cole, being first duly sworn on oath, deposes and states:

1. That this affiant is one of the attorneys representing Sioux Rural Water System, a non-profit corporation, in the above-entitled matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the relevant portions of Jeff Deville's deposition testimony.

3. Attached hereto as Exhibit 2 is a true and correct copy of the relevant portions of Steve Burian's deposition testimony.

4. Attached here to as Exhibit 3 is a true and correct copy of the relevant portions of Steve Lehner's deposition testimony.

5. Attached hereto as Exhibit 4 is a true and correct copy of the relevant portions of Richard Wagner's deposition testimony.

1

2

6.      Attached hereto as Exhibit 5 is a true and correct copy of the relevant portions of Darin Schriever's deposition testimony, including Exhibit 4 which was his Expert Report. Attached are the first 8 pages of his report.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Steve Burian and Richard Wagner's Expert Report.

Dated this 7th day of November, 2016.

_____
Jeff Cole

Subscribed and sworn to before me
this 7th day of November, 2016.

_____
Notary Public - South Dakota
My Commission Expires: 07-08-2019

(SEAL)

RHONDA J. HAHNE
NOTARY PUBLIC
SOUTH DAKOTA