FUTURE USE WATER PERMIT NO. 7853-3

Name of Applicant: <u>Sioux Rural Water System Inc.</u>
Address: <u>45703 176th St, Watertown SD 57201</u>   Phone: <u>605 882-1321</u>
Amount of Water Claimed: <u>2400 AF</u>   Total Acres: <u>NA</u>
Source of Water Supply: <u>groundwater</u>
Water to be used for: <u>rural water system use</u>   County: <u>Hamlin</u>
Type of Waste Disposal System:
Location: <u>1/2 mile southwest of Castlewood</u>

PRIORITY   Date Received: <u>6-5-13</u>   Application/License Fee: $ <u>XX</u>
Corrected Application Received: <u>6-20-13</u>   Period of Annual Use: <u>January 1 – December 31</u>

Remarks: <u>Future Use to serve users in Hamlin, Codington, Deuel and Clark Counties</u>

Future Use area: <u>SW 1/4 Sec 34-T115N-R52W and NW 1/4 NE 1/4 and NE 1/4 NW 1/4 Sec 3-T114N-R52W</u>



Land to be Irrigated: <u>NA</u>

Depth of Well: <u>35-45 feet deep</u>
Well Driller:
Remarks:
Type of Map: <u>aerial</u>
Prepared by:

Reviewed and the Number Assigned on: <u>6-20-13</u>   By: Karen Schlaak

Notice of Hearing - date to intervene: _____



EXHIBIT 1

SD_EForm - 1865LD V4
FORM 2: Application for uses other than irrigation
(type or print)

DENR

Mail to:
PMB 2020
DENR - Water Rights
523 E Capitol Ave
Pierre, SD 57501-3182
ph. (605) 773-3352

No. 7853-3    (office use only)
Hydrologic Unit  10170202
Basin  Sioux River
Newspaper _____

RECEIVED
JUN - 5 2013
WATER RIGHTS PROGRAM

## Application For Permit To Appropriate Water Within The State Of South Dakota

Check use(s) of water:
- [ ] Municipal
- [X] Rural Water System
- [ ] Domestic (over 18 gpm)
- [ ] Suburban Housing
- [ ] Commercial
- [ ] Industrial
- [ ] Recreational
- [ ] Fish & Wildlife
- [ ] Other _____
- [ ] Institutional
- [ ] Geothermal Heat

Type of Application: (check one)
- [ ] New
- [ ] Vested Right (Use predates Mar 2, 1955)
- [X] Future Use Reservation
- [ ] Place to Beneficial Use Water Reserved by Future Use Permit No. _____
- [ ] Amendment/Correction to Permit No. _____

Description of amendment/correction: (i.e. change diversion point(s), add diversion point(s), change use, etc.)
Add to future use reservation; permit 5094-3.

1. Name to Appear on Water Permit  Sioux Rural Water System, Inc.
   (check one) [X] Owner  [ ] Tenant/lessee  [ ] Owner's Legal Agent
   (name and complete address if different than above name)
   Mailing Address  45703 176th Street        Watertown        SD    57201
                    (Address)                  (City)          (State) (Zip Code)
   Home Phone  605-882-1321    Cell _____   Email  manager@siouxruralwater.com

2. Amount of water claimed  ____*CFS or  ____**GPM  2400 ***AF/yr
   (*Cubic Feet per Second) (**Gallons per Minute) (***Acre Feet - storage capacity of dam/dugout or annual use if applicable)

3. Source of water supply  Groundwater - Big Sioux Aquifer

4. Location of point of diversion  NW1/4 of NE1/4, Sec. 3, T114N, R52W   NE1/4 NW1/4
                                   of SW1/4, Sec. 34, T115N, R52W           County Hamlin
   (example - 3 wells in SW1/4 NE1/4 section 12-T104N-R53W)

   If not a public water supply (e.g. municipal), will water be used outside of the area described above? [ ] Yes [ ] No
   If "Yes," where will water be used? _____
   (example - NW1/4 section 12-T104N-R53W)

5. County or counties where water will be used  Hamlin, Codington, Deuel, Clark

6. Annual period during which water is to be used  Jan. 1 - Dec. 31

7. Give a description of the project. When available include any preliminary engineering report or other reports or information that will help explain the project. (Attach sheet if more space is needed)
   Sioux RWS provides domestic water for rural residents in portions of Hamlin, Codington, Deuel and Clark counties, and to the towns of Kranzburg, Bryant, Hazel, Castelwood and Hayti. This application is to reserve capacity for future system expansion.

I, Heath Thompson, Manager, Sioux RWS _____, the applicant, certify that I have read this application, have examined the attached map, and that the matters stated are true.

2012-09

Attachments: Attach Form 2A if diversion is from a well or dugout, or if storage of water is proposed. Also, attach map and any other technical information. (see instructions)

\028\07\PDF\Wells&WaterRights\2013 Future Use Permit.pdf

## SOUTH DAKOTA
## FUTURE USE WATER PERMIT NO. 7853-3

Date of first receipt of application June 5, 2013.
Date of return to applicant for corrections, amendments or changes June 12, 2013.
Date of receipt of corrected application June 20, 2013.

The Chief Engineer, on behalf of the Water Management Board, issues Future Use Water Permit No. 7853-3 to Sioux Rural Water System, Inc. 45703 176th St, Watertown SD 57201 subject to the following limitations, conditions and qualifications:

1. Future Use Water Permit No. 7853-3 reserves 2,400 acre-feet of water annually from the Big Sioux-Brookings Aquifer. The area to be reserved for future water use is to be located in the SW 1/4 Section 34-T115N-R52W and the NW 1/4 NE 1/4 and NE 1/4 NW 1/4 Section 3-T114N-R52W.

2. The water appropriated shall be used for the purpose of future water supplies for the rural water system and may not exceed the amount of water needed for beneficial use. Sioux Rural Water System, Inc. serves users in Hamlin, Codington, Deuel and Clark Counties including the towns of Kranzburg, Bryant, Hazel, Castlewood and Hayti.

3. The water is to be used during the following described annual period: January 1 – December 31.

4. The date of approval of Permit No. 7853-3 is August 26, 2013.

5. The date from which applicant may claim right is June 5, 2013.

6. Water rights obtained in compliance with the laws of the State of South Dakota may not be unlawfully impaired by this appropriation.

## QUALIFICATIONS

1. Permit No. 7853-3 reserves 2,400 acre feet of water annually from the Big Sioux:Brookings Aquifer.

2. Future Use Permit No. 7853-3 is approved with the stipulation that this Permit is subject to review by the Water Management Board as to accomplishment in developing reserved water upon expiration of seven (7) years. This Permit shall be subject to cancellation if the Water Management Board determines during the review that the holder cannot demonstrate a reasonable need for the Permit.

3. At such time as definite plans are made to construct works and put the water reserved by this permit to beneficial use, specific application for all or any part of the reserved water must be submitted prior to construction of facilities pursuant to SDCL 46-5-38.1.

WATER MANAGEMENT BOARD

By: _____
Jeanne Goodman, Chief Engineer
Water Rights Program
Department of Environment and Natural Resources

SEP 2 7 2013
_____
date