**Brenda Anderson**

From: "Jeff DeVille" <jdeville@watertownmu.com>
To: "Brenda Anderson" <brenda@siouxruralwater.com>
Sent: Wednesday, August 22, 2012 11:36 AM
Subject: RE: Consumers that want to get Sioux rural water

Hello Brenda

We are denying Sioux Rural water connection to these two request.

1. Terry Ingalls    Sheridan Township 116N 52W Section 3 NE 1/4 Outlot B

4. CHS Inc.    Pelican Township 116N 53W Section 12 NE ¼

We have water main adjacent to both of these properties and CHS is in city limits.

Could you send me your rate information for residential and commercial accounts?

Thanks
Jeff


From: Brenda Anderson [mailto:brenda@siouxruralwater.com]
Sent: Monday, August 20, 2012 2:11 PM
To: Jeff DeVille
Subject: Consumers that want to get sioux rural water

Jeff

I have 4 consumers that would like to get onto Sioux Rural Water and need to get confirmation that the City of Watertown is not serving them.

1. Terry Ingalls    Sheridan Township 116N 52W Section 3 NE 1/4 Outlot B
   880-0725 (Terry cell)

2. Ken Clausen    Pelican Township 116N 53W Section 2 SW 1/4 Kittleson's 2nd Addition Lot 25
   881-1177 (Ken cell)

3. Chuck Erickson    Elmira Township 117N 52W Section 26 SE 1/4 (just East of his existing place that is currently on SRW)
   880-7497 (Chuck cell)

4. CHS Inc.    Pelican Township 116N 53W Section 12 NE 1/4
   882-1351 (Terry Nelson)

Please let us know as soon as possible on these as they want us to dig in water service to them.

Thanks

Brenda Anderson
Sioux Rural Water

EXHIBIT 3

SIOUX 570
8/22/2012