## Sioux Rural Water System Accounting

**From:** Jeff DeVille <jdeville@watertownmu.com>
**Sent:** Friday, September 26, 2014 4:15 PM
**To:** Sioux Rural Water System Accounting
**Subject:** RE: possible users in 3 mile radius

Hello Sarah

The City has been approached by the people along this stretch of the lake asking to be annexed into the City. I am waiting to see what the outcome of that is. I will let you know as soon as I can.

Thanks
Jeff

**From:** Sioux Rural Water System Accounting [mailto:accounting@siouxruralwater.com]
**Sent:** Friday, September 26, 2014 11:56 AM
**To:** Jeff DeVille
**Subject:** FW: possible users in 3 mile radius

Good Morning Jeff,

I was just checking back on what you had found out about Alice Madline Lot 15 & Lot 16 in Kittleson's 1st Sub-division, Pelican Township, Section 2, Codington County. Could you let me know as soon as possible so we can let her know also.

Thank you for your time,

Sarah Bruinsma
Sioux Rural Water

**From:** Sioux Rural Water System Accounting [mailto:accounting@siouxruralwater.com]
**Sent:** Sunday, August 31, 2014 11:03 AM
**To:** 'Jeff DeVille'
**Subject:** RE: possible users in 3 mile radius

Hi Jeff,

1

SIOUX   552


EXHIBIT 5

Alice Madline is Lot 15 & Lot 16 in Kittleson's 1st Sub-division in Government Lot 5, Pelican Township 116 North, Range 53 West, Section 2, Codington County.

Please let me know on this one.

Thank you,
Sarah Bruinsma
Sioux Rural Water

**From:** Jeff DeVille [mailto:jdeville@watertownmu.com]
**Sent:** Thursday, September 04, 2014 11:00 AM
**To:** Sioux Rural Water System Accounting
**Subject:** RE: possible users in 3 mile radius

Hello Sarah

I have the Utilities answers listed behind each of the request.

Thanks
Jeff

**From:** Sioux Rural Water System Accounting [mailto:accounting@siouxruralwater.com]
**Sent:** Thursday, August 28, 2014 3:02 PM
**To:** Jeff DeVille
**Subject:** possible users in 3 mile radius

8/28/14

Good Afternoon Jeff,

Below are 4 possible new users that are interested in obtaining service from Sioux Rural Water System, Inc. which lie inside 3 mile radius of City limits.

1. Bryan Haan – Pelican Township 116 North, Range 53 West, Section 4 SE ¼. We will not connect.

2. Terry Huss – Lake Township 117 North, Range 53 West, Section 33 SE ¼. We will not connect

3. Bryce Harms– Pelican Township 116 North, Range 53 West, Section 9 NE ¼. We will not connect

4. Alice Madaline  - Pelican Township 116 North, Range 53 West, Section 2 SW ¼. I will need an exact location for this connection before I can decide

Please respond asap. Going forward Sioux Rural Water will require response prior to approving application and new membership for service. If you have any questions please let us know at 605-882-1321.

Thank You,

Sarah Bruinsma
Sioux Rural Water System, Inc.

This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.

SIOUX  554

# Steve Lehner

**From:** Sioux Rural Water System Accounting <accounting@siouxruralwater.com>
**Sent:** Tuesday, October 21, 2014 4:17 PM
**To:** Jeff DeVille
**Subject:** RE: questions

Hi Jeff,

Thank you for the information. Also, I had in error in typing from my previous email and was wondering if any homes in KaK's were on city water with you not rural water? Sorry about that.

Sarah
Sioux Rural Water

---

**From:** Jeff DeVille [mailto:jdeville@watertownmu.com]
**Sent:** Tuesday, October 21, 2014 3:58 PM
**To:** Sioux Rural Water System Accounting
**Subject:** RE: questions

Hello Sarah

I cannot give Sioux Rural Water individual account information. Connections and fees paid by our customers is confidential. I am not aware of any homes in KAK that are hooked to rural water. If you can give me the addresses on these homes I can verify if they have a water connection with us or not.

On the earlier request for Alice Madline Lot 15 & Lot 16 in Kittleson's 1st Sub-division we do not intend on hooking this lot to our water system. If the annexation happens it will take a considerable amount of time to get this completed and they should not have to wait for water. How this area will be served with water will have to be worked out during the annexation process.

Thanks
Jeff

---

**From:** Sioux Rural Water System Accounting [mailto:accounting@siouxruralwater.com]
**Sent:** Monday, October 20, 2014 11:39 AM
**To:** Jeff DeVille
**Subject:** questions

Good Morning Jeff,

Could you tell me when the Fed Ex building was put on city water and also the McFleeg Feed building also near the Fed Ex? There are also 14 houses in the KaK's addition we are wondering when they got onto rural water also?

Thanks for your help Jeff,

Sarah
Sioux Rural Water

DEF 575