UNTIED STATES DISTRICT COURT<br>
DISTRICT OF SOUTH DAKOTA<br>
NORTHERN DIVISION

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN<br><br>Defendants. | Civ. 15-1023<br><br>**AFFIDAVIT OF DARIN SCHRIEVER, PE** |

STATE OF South Dakota )
: SS
COUNTY OF Codington )

Darin Schriever, being first duly sworn on oath, deposes and states:

1. That this Affiant is an Engineer and Project Manager for DGR Engineering.

2. Attached hereto is a true and correct copy of my report and expert opinion regarding the above matter.

Dated this 7th day of November, 2016.

_____
Darin Schriever

Subscribed and sworn to before me this 7th day of November, 2016.

Notary Public _Sarah Bruinsma_
My Commission Expires: 2-5-19
(SEAL)

SARAH J. BRUINSMA
NOTARY PUBLIC
SOUTH DAKOTA

1