```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF SOUTH DAKOTA
                         NORTHERN DIVISION
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SIOUX RURAL WATER SYSTEM, INC.,   *         Civ. 15-1023
a Non-Profit Corporation          *
                                  *
              Plaintiff,           *
                                  *
      -vs-                         *    DEFENDANTS' MOTION FOR
                                  *       SUMMARY JUDGMENT
CITY OF WATERTOWN, a South Dakota *
Municipality, and WATERTOWN       *
MUNICIPAL UTILITIES, an agency of *
the CITY OF WATERTOWN,            *
                                  *
              Defendants.          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

Pursuant to Fed. R. Civ. P. 56(a), defendants move the Court for summary judgment as to all Counts of plaintiff's Complaint. As grounds for this motion, defendants state that there are no genuine issues as to any material fact, and defendants are entitled to judgment as a matter of law.

This motion is supported by the pleadings and files herein; and the Defendants' Statement of Undisputed Material Facts, the Affidavit of Zachary W. Peterson, and the Brief in Support of Defendants' Motion for Summary Judgment, which are served and filed herewith.

Dated this 7th day of November, 2016.

```
One Court Street                  RICHARDSON, WYLY, WISE, SAUCK
Post Office Box 1030               & HIEB, LLP
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
Facsimile No. 605-225-2743
email: zpeterson@rwwsh.com     By      /s/ Zachary W. Peterson
                                      Attorneys for Defendants
```

1

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for defendants, hereby certifies that on the 7th day of November, 2016, a true and correct copy of **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served electronically through the District Court CM/ECF filing system on:

(jcole@zdclaw.com)
(bill@zdclaw.com)
Mr. Jeffrey A. Cole
Mr. William D. Sims
Zimmer, Duncan & Cole, LLP
Attorneys at Law
5000 South Broadband Lane, #119
Sioux Falls, SD  57108


      /s/ Zachary W. Peterson