```
              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH DAKOTA
                    NORTHERN DIVISION
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SIOUX RURAL WATER SYSTEM, INC.,    *      Civ. 15-1023
a Non-Profit Corporation           *
                                   *
              Plaintiff,           *
                                   *
      -vs-                         *      **AFFIDAVIT OF**
                                   *      **ZACHARY W. PETERSON**
CITY OF WATERTOWN, a South Dakota  *
Municipality, and WATERTOWN        *
MUNICIPAL UTILITIES, an agency of  *
the CITY OF WATERTOWN,             *
                                   *
              Defendants.          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

STATE OF SOUTH DAKOTA)
                : SS.
COUNTY    OF    BROWN)

      Zachary W. Peterson, being first duly sworn, on oath, deposes and states as follows:

      1.  I am one of the attorneys representing the defendants in the above-captioned case, and I make this affidavit upon my personal information and knowledge.

      2.  Attached hereto and submitted in support of Defendants' Motion for Summary Judgment are the following Exhibits:

    A.   Cited portions of the transcript of the deposition of Heath Thompson, taken on February 17, 2016.

    B.   Cited portions of the transcript of the deposition of Jeff Deville, taken on February 16, 2016.

    C.   Cited portions of the transcript of the deposition of Steve Lehner, taken on February 16, 2016.

D. Cited portions of the transcript of the deposition of Darwin Mack, taken on February 16, 2016.

E. Cited portions of the transcript of the deposition of Darin Schriever, taken on June 29, 2016.

F. DGR Engineering Report, dated February 5, 2016 (Darin Schriever, Deposition Exhibit 4).

G. Documents produced by plaintiff in discovery labeled SIOUX 121-127, SIOUX 141-142, SIOUX 429-434, SIOUX 546, and SIOUX 570.

_____
Zachary W. Peterson

Subscribed and sworn to before me this 7th day of November, 2016.

_____
Notary Public, South Dakota

My Commission Expires: 3/16/2021