Mr. Heath Thompson
Page Two
November 4, 2014

The City of Kransburg has inquired of Sioux Rural Water System regarding the possibility of individual meter service to the City. The City is currently served by a bulk meter from Sioux Rural Water System and the City owns and maintains their own distribution system. It is recommended that the entire distribution system within the City be replaced and that it be owned and operated by Sioux Rural Water System with individual meter service to each of the customers within the City limits. The new distribution piping would include a mile of 6 inch pipe to the west of town to provide better service to the City and it also includes a primary 6 inch water main through the middle of town with 3 inch branch lines. Individual meter pits would be provided at each customer location.

Within the past year and a half, it has become clearly apparent that the Sioux SCADA system needs to be replaced. The existing system consists of original control boards and other equipment which can no longer be repaired. OEM and replacement parts are no longer available. The number of control suppliers able to service the system has become very limited. The SCADA system replacement project consists of the 13 stations within the Sioux system. New control boards and human machine interfaces will be provided at each station along with the required radio and telemetry equipment.

Drawings Sheets 1 and 2 along with Table 1 show the distribution improvements and associated cost estimate. The current northeast part of the system operates with a small booster at Tower G and Booster H north of Tower G. As part of the improvements it is recommended that a new booster station be constructed at the Tower G location and that Booster H be removed from service.

Table 2 provides a cost estimate for the well field improvements.

Drawing Sheet 3 and Table 3 indicate the distribution improvements for the individual service to the City of Kransburg and the associated cost.

Table 4 provides a cost estimate for the SCADA system replacement.

Table 5 provides an overall project cost summary.


Sincerely,

DGR Engineering

Darin Schriever, P.E.

DLS:aed



Plot Date: 11/3/2014 11:27 AM

10,000 0 10,000
SCALE FEET

LEGEND
PROPOSED PIPE - RURAL
PROPOSED PIPE - KRANZBURG

P:\0802807\DWG\BASE_2012 IMPROVEMENTS.DWG

SIOUX RURAL WATER SYSTEM
WATERTOWN, SD

2015 WATER SYSTEM IMPROVEMENTS

REVISIONS

Project Manager: DLS
Designer: DFC
Project Number: 802807
Phone: (712) 472-2531

DGR ENGINEERING

Sheet
1



Plot Date: 11/3/2014 11:44 AM

## LEGEND

- PROPOSED PIPE - RURAL
- PROPOSED PIPE - KRANZBURG

12,000 0 12,000
SCALE FEET

P:\08\028\07\DWG\BASE_2012 IMPROVEMENTS.DWG

SIOUX RURAL WATER SYSTEM
WATERTOWN, SD

2015 WATER SYSTEM IMPROVEMENTS

REVISIONS

Project Manager: DLS
Designer: DFC
Project Number: 802807
Phone: (712) 472-2531

DGR ENGINEERING

Sheet
2



Plot Date: 11/3/2014 1:20 PM

2015 WATER SYSTEM IMPROVEMENTS
KRANZTURG DISTRIBUTION IMPROVEMENTS
KRANSZURG, SOUT□ DAKOTA

LOCATION PLAN

REVISIONS

Project Manager: DLS
Designer: MG
Project Number: 802807
Phone: (712) 472-2531

DGR ENGINEERING

Sheet 3

P:\08\028\07\DWG\KRANZBURG\PROPOSEDPIPE.DWG

**Table 1**
**Preliminary Cost Estimate**
**Rural Distribution Improvements**
**Sioux RWS**

| Item No. | Description | TOTAL UNITS | UNIT PRICE | TOTAL VALUE |
|---|---|---|---|---|
| 1 | 8" Class 200 Restrained Joint Pipe | 600 | $ 22.00 | $ 13,200 |
| 2 | 8" Class 160 SDR 26 PVC Pipe | 52,130 | $ 10.05 | $ 523,907 |
| 3 | 6" Class 250 SDR 17 PVC Pipe | 7,880 | $ 9.00 | $ 70,920 |
| 4 | 6" Class 250 Restrained Joint Pipe | 120 | $ 18.00 | $ 2,160 |
| 5 | 6" Class 200 SDR 21 PVC Pipe | 13,220 | $ 8.25 | $ 109,065 |
| 6 | 6" Class 160 SDR 26 PVC Pipe | 27,250 | $ 7.45 | $ 203,013 |
| 7 | 4" Class 160 SDR 26 PVC Pipe | 10,315 | $ 5.10 | $ 52,607 |
| 8 | 3" Class 200 SDR 21 PVC Pipe | 30,025 | $ 4.25 | $ 127,606 |
| 9 | 3" Class 160 SDR 26 PVC Pipe | 24,000 | $ 4.05 | $ 97,200 |
| 10 | 8" Valve and Box | 7 | $ 1,850.00 | $ 12,950 |
| 11 | 6" Valve and Box | 8 | $ 1,500.00 | $ 12,000 |
| 12 | 4" Valve and Box | 5 | $ 950.00 | $ 4,750 |
| 13 | 3" Valve and Box | 14 | $ 850.00 | $ 11,900 |
| 14 | Cut In 1.5" Valve and Box | 1 | $ 900.00 | $ 900 |
| 15 | Type 1 Railroad Crossing,  8" | 1 | $ 18,000.00 | $ 18,000 |
| 16 | Type 1 Road Crossing,  8" | 3 | $ 12,000.00 | $ 36,000 |
| 17 | Type 1 Road Crossing,  6" | 3 | $ 10,000.00 | $ 30,000 |
| 18 | Type 1 Road Crossing,  4" | 1 | $ 8,000.00 | $ 8,000 |
| 19 | Type 1 Road Crossing,  3" | 3 | $ 7,000.00 | $ 21,000 |
| 20 | Type 2 Road Crossing,  8" | 6 | $ 5,500.00 | $ 33,000 |
| 21 | Type 2 Road Crossing,  6" | 9 | $ 4,500.00 | $ 40,500 |
| 22 | Type 2 Road Crossing,  4" | 3 | $ 4,000.00 | $ 12,000 |
| 23 | Type 2 Road Crossing,  3" | 9 | $ 3,500.00 | $ 31,500 |
| 24 | Type 2 Drive Crossing,  8" | 8 | $ 2,600.00 | $ 20,800 |
| 25 | Type 2 Drive Crossing,  6" | 6 | $ 2,000.00 | $ 12,000 |
| 26 | Type 2 Drive Crossing,  4" | - | $ 1,800.00 | $ - |
| 27 | Type 2 Drive Crossing,  3" | 5 | $ 1,700.00 | $ 8,500 |
| 28 | Type 2 Stream Crossing,  8" | 1 | $ 12,000.00 | $ 12,000 |
| 29 | Type 2 Stream Crossing,  6" | 1 | $ 10,000.00 | $ 10,000 |
| 30 | Type 2 Stream Crossing,  3" | 3 | $ 7,000.00 | $ 21,000 |
| 31 | Pressure Reducing Valve | 1 | $ 12,000.00 | $ 12,000 |
| 32 | Cleanouts | 12 | $ 1,650.00 | $ 19,800 |
| 33 | Flushing Hydrant | 5 | $ 4,500.00 | $ 22,500 |
| 34 | Ties to Existing | 31 | $ 500.00 | $ 15,500 |
| 35 | Ditchwork 10% of Installed | 16,550 | $ 1.50 | $ 24,825 |
| 36 | New Booster G | 1 | $ 225,000.00 | $ 225,000 |
| 37 | Misc. and Contingency, 10% | | | $ 187,600 |

|  |  |
|---|---|
| Total Construction: | $ 2,063,700 |
| Other Project Cost at 20%: | $ 412,700 |
| **Total Project Cost:** | **$ 2,476,400** |

***DGR ENGINEERING***
P:\08\028\07\Sprdsht\2015 Improvements Cost Estimate.xlsx

**Table 2**
**Preliminary Cost Estimate**
**Well Field Improvements**
**Sioux RWS**

| Item No. | Description | TOTAL UNITS | UNIT PRICE | TOTAL VALUE |
|---|---|---|---|---|
| 1 | Well Construction | 2 | $ 50,000.00 | $ 100,000 |
| 2 | Pumps and Controls | 2 | $ 45,000.00 | $ 90,000 |
| 3 | Connecting Pipelines | 5,300 | $ 15.00 | $ 79,500 |
| 4 | Misc. Items | | | $ 50,000 |
| | | | Total Construction: | $ 319,500 |
| | | | Other Project Cost at 25%: | $ 79,900 |
| | | | **Total Project Cost:** | **$ 399,400** |

**Table 3**
**Preliminary Cost Estimate**
**Kranzburg Distribution Improvements**
**Sioux RWS**

| Item No. | Description | TOTAL UNITS | UNIT PRICE | | TOTAL VALUE | |
|---|---|---|---|---|---|---|
| 1 | 6" Class 160 SDR 26 PVC Pipe - Rural, trenched | 5,300 | $ | 7.45 | $ | 39,485 |
| 2 | 6" Class 200 SDR 21 PVC Pipe - City, trenched | 2,000 | $ | 18.00 | $ | 36,000 |
| 3 | 6" Class 200 SDR 21 PVC Pipe - City, bored | 1,500 | $ | 38.00 | $ | 57,000 |
| 4 | 3" Class 200 SDR 21 PVC Pipe - City, trenched | 6,150 | $ | 14.00 | $ | 86,100 |
| 5 | 1" HDPE Service Line | 2,640 | $ | 15.00 | $ | 39,600 |
| 6 | 6" Valve and Box | 4 | $ | 1,650.00 | $ | 6,600 |
| 7 | 3" Valve and Box | 9 | $ | 900.00 | $ | 8,100 |
| 8 | 1" Service Line Valve and Box | 66 | $ | 525.00 | $ | 34,650 |
| 9 | Meter Pit Service (incl. saddle, corp, meter, etc.) | 66 | $ | 2,200.00 | $ | 145,200 |
| 10 | Type 1 Road Crossing,  6" | 3 | $ | 10,000.00 | $ | 30,000 |
| 11 | Type 2 Road Crossing,  3" | 1 | $ | 3,500.00 | $ | 3,500 |
| 12 | Cleanouts | 6 | $ | 2,200.00 | $ | 13,200 |
| 13 | Ties to Existing | 2 | $ | 2,000.00 | $ | 4,000 |
| 14 | Asphalt Surfacing Repair, SY | 150 | $ | 50.00 | $ | 7,500 |
| 15 | Gravel Surfacing Repair, ton | 1,500 | $ | 20.00 | $ | 30,000 |
| 16 | Concrete Repair, SY | 300 | $ | 36.00 | $ | 10,800 |
| 17 | Culvert Repair, ea | 20 | $ | 2,200.00 | $ | 44,000 |
| 18 | Seeding, SY | 15,000 | $ | 1.50 | $ | 22,500 |
| 19 | Mobilization | 1 | $ | 50,000.00 | $ | 50,000 |
| 20 | Misc. and Contingency, 10% | | | | $ | 66,800 |

|  |  |
|---|---|
| Total Construction: | $ 735,000 |
| Other Project Cost at 25%: | $ 183,800 |
| **Total Project Cost:** | **$ 918,800** |

**Table 4**
**Preliminary Cost Estimate**
**SCADA Improvements**
**Sioux RWS**

| Station | Description | Estimated Cost |
|---|---|---|
| 1 | Sioux WTP | $ 150,000 |
| | Office (Master) | |
| | Wells | |
| | Treatment | |
| | Storage | |
| | HSP East to Booster D | |
| | HSP West to Tower E | |
| 2 | Castlewood WTP | $ 100,000 |
| | Wells | |
| | Treatment | |
| | Storage | |
| | HSP East to Krause | |
| | HSP West to Kones, Hayti, Booster C | |
| 3 | Tower A (Bryant) | $ 20,000 |
| 4 | Tower B (Hazel) | $ 20,000 |
| 5 | Tower E (Thomas) | $ 20,000 |
| 6 | Tower F (Bemis) | $ 20,000 |
| 7 | Tower G (Kranzburg) | $ 35,000 |
| | Tower | |
| | Kranzburg Pumps | |
| 8 | Hayti | $ 35,000 |
| | Storage | |
| | HSP to City Tower | |
| 9 | Kones | $ 35,000 |
| | GSR | |
| | HSP to distribution | |
| 10 | Krause | $ 35,000 |
| | GSR | |
| | HSP to Tower F | |
| 11 | Booster C (In-Line) | $ 30,000 |
| | Pump Northwest to Tower B | |
| | Pump Southwest to Tower A | |
| 12 | Booster D (In-Line) | $ 30,000 |
| | Pump North to Tower G | |
| | Pump Southeast to Tower F (currently unused) | |
| 13 | Booster H (Waverly) (In-Line) | $ 30,000 |
| | Pump North to Distribution | |
| | Misc. and Contingency, 10% | $ 56,000 |
| | | |
| | Total Construction: | $ 616,000 |
| | Other Project Cost at 25%: | $ 154,000 |
| | **Total Project Cost:** | **$ 770,000** |

*DGR ENGINEERING*

**Table 5**
**Project Cost Summary**
**Overall Project**
**Sioux RWS**

| Project Component | Project Cost |
|---|---|
| Rural Distribution Improvements | $  2,476,400 |
| Well Field Improvements | $     399,400 |
| Kranzburg Distribution Improvements | $     918,800 |
| SCADA Improvements | $     770,000 |
| Total Estimated Project Cost: | $  4,564,600 |

APPENDIX D



Plot Date: 1/26/2016 3:35 PM

10,000 0 10,000

SCALE FEET

LEGEND

PROPOSED PIPE

P:\08\028\07\DWG\BASE_2015 IMPROVEMENTS.DWG

SIOUX RURAL WATER SYSTEM
WATERTOWN, SD

2015 WATER SYSTEM IMPROVEMENTS

REVISIONS

Project Manager: DLS
Designer: DFC
Project Number: 802807
Phone: (712) 472-2531

DGR ENGINEERING

Sheet
NL



LEGEND

PROPOSED PIPE

12,000 0 12,000

SCALE FEET

SIOUX RURAL WATER SYSTEM
WATERTOWN, SD

2015 WATER SYSTEM IMPROVEMENTS

REVISIONS

Project Manager: DLS
Designer: DFC
Project Number: 802807
Phone: (712) 472-2531

DGR ENGINEERING

Sheet
SL

APPENDIX E



# Memo

**TO:**     DLS

**FROM:**   Paul Messner

**DATE:**   1/25/2016

**RE:**     Sioux-Watertown Users

Model used: 15bndry0.p2k, 15bndry1.p2k, 15bndry0-exst.p2k

We analyzed Sioux's ability to provide service to the following users.

**West Side of Watertown**
- Pelican View Estates (154 connections)
- Kaks Addition (22 connections)
- B&G Welding
- C&K Truck & Trailer Repair
- K&P Pump Repair/ Controls

**East Side of Watertown**
- Big Shot Fireworks
- Cross Country Freight Solutions
- Dakota Automaition
- Fed Ex
- Hartley Trucking
- Kenworth
- Lews Fireworks
- McFleeg Feed
- New Building
- Rising Star Hydrolics
- Watertown Auction Inc.
- Wheel Co
- WW Tire

**West Side of Watertown**
We first analyzed the system's minimum pressures and maximum flows during instantaneous peak demand (IPD).

Sheet 1 shows the overall pressures and flows of the existing system on the west side of Watertown <u>before</u> the improvement project is completed.

Sheet 2 is the same as the previous sheet but shows a close up of the area.

Sheet 3 shows a close up of the WTP.

Sheet 4 shows the overall pressures and flows of the existing system on the west side of Watertown <u>after</u> the improvement project is completed.

Sheet 5 is the same as the previous sheet but shows a close up of the area.

Sheet 6 shows a close up of the WTP.

Sheet 7 shows the overall pressures and flows with the users added with minor improvements <u>after</u> the improvement project is completed.

Sheet 8 is the same as the previous sheet but shows a close up of the area.

Sheet 9 shows a close up of the WTP.

## East Side of Watertown

Sheet 10 shows the overall pressures and flows of the existing system on the east side of Watertown <u>before</u> the improvement project is completed.

Sheet 11 is the same as the previous sheet but shows a close up of the area.

Sheet 12 shows the overall pressures and flows with the users added <u>before</u> the improvement project is completed.

Sheet 13 is the same as the previous sheet but shows a close up of the area.

Sheet 14 shows the overall pressures and flows of the existing system on the east side of Watertown <u>after</u> the improvement project is completed.

Sheet 15 is the same as the previous sheet but shows a close up of the area.

Sheet 16 shows the overall pressures and flows with the users added <u>after</u> the improvement project is completed.

Sheet 17 is the same as the previous sheet but shows a close up of the area.

We also reviewed the average pressures and flows during a 20 hour delivery.   The following sheet better show the average predicted pressures in the distribution system.

## West Side of Watertown

Sheet 18 shows the overall average pressures and flows of the existing system on the west side of Watertown <u>before</u> the improvement project is completed.

Sheet 19 is the same as the previous sheet but shows a close up of the area.

Sheet 20 shows a close up of the WTP.

Sheet 21 shows the overall average pressures and flows of the existing system on the west side of Watertown <u>after</u> the improvement project is completed.

Sheet 22 is the same as the previous sheet but shows a close up of the area.

Sheet 23 shows a close up of the WTP.

Sheet 24 shows the overall average pressures and flows with the users added with minor improvements <u>after</u> the improvement project is completed.

Sheet 25 is the same as the previous sheet but shows a close up of the area.

Sheet 26 shows a close up of the WTP.

**East Side of Watertown**

Sheet 27 shows the overall average pressures and flows of the existing system on the east side of Watertown <u>before</u> the improvement project is completed.

Sheet 28 is the same as the previous sheet but shows a close up of the area.

Sheet 29 shows the overall average pressures and flows with the users added <u>before</u> the improvement project is completed.

Sheet 30 is the same as the previous sheet but shows a close up of the area.

Sheet 31 shows the overall average pressures and flows of the existing system on the east side of Watertown <u>after</u> the improvement project is completed.

Sheet 32 is the same as the previous sheet but shows a close up of the area.

Sheet 33 shows the overall average pressures and flows with the users added <u>after</u> the improvement project is completed.

Sheet 34 is the same as the previous sheet but shows a close up of the area.

See the following sheets for details.

Please contact us with any questions.

Sincerely,

DGR ENGINEERING

*Paul Messner*

Paul Messner
Enclosure





Overall – West side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>before</u> the Improvement Project is complete



Area View – West side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>before</u> the Improvement Project is complete



WTP Close Up – West side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>before</u> the Improvement Project is complete



Overall – West side of Watertown – IPD – Min Pressures and Max Flows
Existing System after the Improvement Project is complete

4



Area View – West side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>after</u> the Improvement Project is complete