

WTP Close up – West side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>after</u> the Improvement Project is complete



Overall – West side of Watertown – IPD – Min Pressures and Max Flows
Users added with minor improvements <u>after</u> the Improvement Project is complete



Area View – West side of Watertown – IPD – Min Pressures and Max Flows
Users added with minor improvements _after_ the Improvement Project is complete



WTP Close up – West side of Watertown – IPD – Min Pressures and Max Flows
Users added with minor improvements after the Improvement Project is complete



Overall – East side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>before</u> the Improvement Project is complete



Area View – East side of Watertown – IPD – Min Pressures and Max Flows
Existing System before the Improvement Project is complete



Overall – East side of Watertown – IPD – Min Pressures and Max Flows
Users added with minor improvements _before_ the Improvement Project is complete



Area View – East side of Watertown – IPD – Min Pressures and Max Flows
Users added with minor improvements before the Improvement Project is complete



Overall – East side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>after</u> the Improvement Project is complete



Area View – East side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>after</u> the Improvement Project is complete



Overall – East side of Watertown – IPD – Min Pressures and Max Flows
Users added with minor improvements <u>after</u> the Improvement Project is complete



Area View – East side of Watertown – IPD – Min Pressures and Max Flows
Users added with minor improvements <u>after</u> the Improvement Project is complete



Overall – West side of Watertown – Average Pressures and Flows
Existing System <u>before</u> the Improvement Project is complete



Area View – West side of Watertown – Average Pressures and Flows
Existing System before the Improvement Project is complete

# SHERIDAN
# T116N-R52W

WTP – West side of Watertown – Average Pressures and Flows
Existing System <u>before</u> the Improvement Project is complete



Overall – West side of Watertown – Average Pressures and Flows
Existing System <u>after</u> the Improvement Project is complete



Area View – West side of Watertown – Average Pressures and Flows
Existing System <u>after</u> the Improvement Project is complete



# SHERIDAN
# T116N–R52W

21
22

115    176

77          33                              771
                                            G. LITTLE
1281                      4"
C. SCHWANDT        32                                        6"
77                      4"          115 115  176 392 176  176        309        10"    174
759                                                                                    167
S. LITTLE                                    179
                                            222  174
                                                      2        176

2"                                                              6"
                                    8"  10"                                      2"
                                            28                          27

88
266
91  D. CHINO
86



WTP – West side of Watertown – Average Pressures and Flows
Existing System underline the Improvement Project is complete



Overall – West side of Watertown – Average Pressures and Flows
Users added with minor improvements _after_ the Improvement Project is complete





Area View – West side of Watertown – Average Pressures and Flows
Users added with minor improvements <u>after</u> the Improvement Project is complete

# SHERIDAN
# T116N–R52W



WTP – West side of Watertown – Average Pressures and Flows
Users added with minor improvements <u>after</u> the Improvement Project is complete



Overall – East side of Watertown – Average Pressures and Flows
Existing System <u>before</u> the Improvement Project is complete





Area View – East side of Watertown – Average Pressures and Flows
Existing System <u>before</u> the Improvement Project is complete





Overall – East side of Watertown – Average Pressures and Flows
Users added with minor improvements before the improvement project is completed





Area View – East side of Watertown – Average Pressures and Flows
Users added with minor improvements <u>before</u> the improvement project is completed



Overall – East side of Watertown – Average Pressures and Flows
Existing System <u>after</u> the Improvement Project is complete



Area View – East side of Watertown – Average Pressures and Flows
Existing System <u>after</u> the Improvement Project is complete



Overall – East side of Watertown – Average Pressures and Flows
Users added with minor improvements <u>after</u> the Improvement Project is complete





Area View – East side of Watertown – Average Pressures and Flows
Users added with minor improvements <u>after</u> the improvement project is completed