| Account Name | Map Location | Water User's Agreement on File | Easement on File |
|---|---|---|---|
| **Previous Sioux Accts. now on Watertown Utilities** | | | |
| Lew's Fireworks | 117-52-34-4-4 Lot 1 | No | No |
| CHS Elevator (Watertown Crop Nutrients) | 116-53-12-1-4 | No | No |
| Tim & Daryl Boerger (Now Titan Machinery) | 116-52-3-1-2 | Yes | Yes |
| **Kittleson's Addition Accounts on SRW** | | | |
| Merlin Roso - Not Active | 116-53-2-3-1 Lot 1 | No | Yes |
| Bruce Carter | 116-53-2-3-1 Lot 24 | Yes | Yes |
| Averlene Foster - Not Active | 116-53-2-3-1 Lot 27 | Yes | Yes |
| Ken Clausen | 116-53-2-3-1 Lot 25 | Yes | Yes |
| Garry Ehlebrachet- Sold to Tim Engels - Not Active | 116-53-2-3-2 Lot 11 | Yes | Yes |
| Steve Schlenner | 116-53-2-3-2 Lot 12 | Yes | Yes |
| Jeanette Snoozy-Sold to James Patrick - Not Active | 116-53-2-3-2 Lot 3A | No | Yes |
| James Patrick-Sold to Myron King | 116-53-2-3-2 Lot 3C | Patrick-No, King-Yes | Yes |
| John Birnell | 116-53-2-3-2 Lot 7 | Yes | Yes |
| Patrick Redmond - Not Active | 116-53-2-3-2 Lot 6 | Yes | Yes |



EXHIBIT 6

SIOUX 121

# SIOUX RURAL WATER SYSTEM, INC.

45703 176th Street • Watertown • South Dakota • 57201-7186

**RECEIVED**

Consumer~
Acct No:

City of Watertown
ATTN: JEFF DEVILLE
901 4th Avenue NW
Watertown, SD 57201
Fax: 882-6238

| FAX: 605-882-4990 | Phone: 882-1321 |
|---|---|
| Date: | Office Hours: |
| 9/30/2009 | Monday thru Friday<br>8:00 am to 5:00 pm |

RE: LEW'S FIREWORKS

Location No:

| ITEM NO. | QTY | Item Name | | TOTAL |
|---|---|---|---|---|
| | 1 | Depreciated Equipment Cost | 1046.03 | 1046.03 |
| | 1 | 5 Year Income - 2,304.00 @ 5% | 115.20 | 115.20 |
| | 1 | Abandonment | 300.00 | 300.00 |

**Payment is due upon receipt of this bill!**

*in Microsoft Works*

| | |
|---|---|
| SUBTOTAL | $1,461.23 |
| Tax | |
| 2% Excise Tax | $0.00 |
| TOTAL COST | $1,461.23 |

Post-it Fax Note R7673  Date 9/30/09  # of pages 1
To: Jeff Deville
Fax#: 882-6238
From: Doug - SRW
Phone#: 882-1321

SIOUX   122

| MUNICIPAL UTILITIES SIOUX RURAL WATER INC | 475 | CHECK NUMBER | 219371 |
|---|---|---|---|
| NAME/ACCOUNT NUMBER | DESCRIPTION | DATE AMOUNT | NET AMOUNT |
| DEPARTMENT | PURCHASE OF EXISTING FACILIT | 1,461.23 | 1,461.23 |
| 093009 | | | |
| | Lewis Fireworks | | 1,461. |

Attached check is for items listed above — Detach this voucher before depositing check.

SIOUX 123

Equip

30 yr deprec.
amt

$300.00 abandonment

SIOUX 124

Sioux Rural Water System, Inc.
www.siouxruralwater.com
45703 176th Street
Watertown, SD 57201-7186
605-882-1321  Fax: 605-882-4990

09/02/2009
Quote #: 53
Page: 1

Quoted To:
Lew's Fireworks, Inc., Lew Raderschadt
PO Box 455
Watertown, SD 57201

Phone:
Cust PO: 1160.00
Reference: 30 days

Terms: 30 days
Ship Via: None

Salesperson: DA
Valid Through: 10/02/2009

| Stock Code | Description | Taxable | Quantity | Price | Extended |
|---|---|---|---|---|---|
| 009.03 | 1 1/2" Class 200 SDR 21 Gsktd Pipe DR21015 | Y | 30.00 | 0.40 | 12.00 |
| 010.02 | 2" Class 200 pvc Gasketed Bell Pipe | Y | 5.00 | 0.44 | 2.20 |
| 040.00 | 1" Brass Coupling | Y | 1.00 | 5.86 | 5.86 |
| 049.00 | 1 1/2" 90 Bend Sch 40 pvc Solvent Weld Elbow (S49015) | Y | 1.00 | 1.56 | 1.56 |
| 130.01 | 2" Galvanized Plug | Y | 1.00 | 4.96 | 4.96 |
| 149.03 | 1 1/2 " Compression X 1" MIP Adaptor C8746 | Y | 3.00 | 50.86 | 152.58 |
| 149.06 | 1 1/2" x 3/4" PVC Compression x FIP Adapter | Y | 2.00 | 50.95 | 101.90 |
| 169.00 | 1 1/2" Sch 40 PVC SW X FIP Adaptor (S4F15) | Y | 1.00 | 1.74 | 1.74 |
| 170.00 | 2" Sch 40 PVC SW X FIP Adaptor (S4F2) | Y | 1.00 | 2.40 | 2.40 |
| 247.01 | 1" FIP Ball w/Minneapolis Top Valve B11-444M | Y | 1.00 | 85.72 | 85.72 |
| 247.04 | 1" Brass Corporation Stop FIP X MIP Valve FB-1/00 | Y | 1.00 | 51.77 | 51.77 |
| 289.00 | 1 1/2" X 3/4" IP Brass Saddle For PVC | Y | 1.00 | 22.16 | 22.16 |
| 322.01 | Model 25 Badger Meter Complete - (meter pit) | Y | 1.00 | 136.44 | 136.44 |
| 323.00 | Remote Readout (Model 25 or 40 meters) | Y | 1.00 | 27.98 | 27.98 |
| 323.01 | Remote Readout Post | Y | 1.00 | 8.26 | 8.26 |
| 327.06 | 3/4" Wilkins Red Pressure Valve W/SS SPR, (WL70DMSS34) | Y | 1.00 | 125.23 | 125.23 |
| 335.01 | 7' pvc Meter Pit Complete | Y | 1.00 | 697.18 | 697.18 |
| 337.00 | 1/2" Conduit (used on remote post) | Y | 5.00 | 0.18 | 0.90 |
| 337.01 | 1/2" Conduit Coupling SW | Y | 1.00 | 0.29 | 0.29 |
| 337.02 | 1/2" Conduit Sweep 90 | Y | 1.00 | 0.65 | 0.65 |
| 337.03 | 1/2" Clamps for Conduit | Y | 2.00 | 1.00 | 2.00 |
| 500.00 | 4" Cement Blocks | Y | 1.00 | 1.46 | 1.46 |
| EXCAVATION | Excavation < 100' of digging | Y | 4.00 | 50.00 | 200.00 |
| LABORER 1 | Service Technician Labor | Y | 4.00 | 35.00 | 140.00 |
| MEMBERSHIP | Membership Fee | N | 1.00 | 25.00 | 25.00 |

SubTotal: 1,810.24
Tax: 35.70
Shipping: 0.00
Total: 1,845.94

Payment is due upon receipt!   Thank You

"This institution is an equal opportunity provider"

**SIOUX   125**

| SIOUX RURAL WATER | Customer History by Number | Page: 1 |
|---|---|---|
| | Report Date(s): 08/01/2008 to 08/31/2009 | Sep 01, 2009 03:44pm |

**Report Criteria:**
  Customer.Cust No = 116000

1160.00  LEW'S FIREWORKS, INC.        07-72-034-4-4 Lot 1

**Metered Services:**

Water    Current Rate Table: 101  Water - Farm & Rural Residence

| Period | Read Date | Meter Id | Beg Read | End Read | Usage | Demand | Multiplier | Amount | Status |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/2008 | 08/08/2008 | 95889536 | 215 | 219 | 4 | .0000 | 1.0000 | 44.80 | |
| 09/30/2008 | 09/16/2008 | 95889536 | 219 | 220 | 1 | .0000 | 1.0000 | 35.20 | |
| 10/31/2008 | 10/20/2008 | 95889536 | 220 | 220 | 0 | .0000 | 1.0000 | 32.00 | |
| 11/30/2008 | 11/12/2008 | 95889536 | 220 | 221 | 1 | .0000 | 1.0000 | 35.20 | |
| 12/31/2008 | 12/17/2008 | 95889536 | 221 | 222 | 1 | .0000 | 1.0000 | 35.20 | |
| 01/31/2009 | 01/14/2009 | 95889536 | 222 | 223 | 1 | .0000 | 1.0000 | 35.20 | |
| 02/28/2009 | 02/19/2009 | 95889536 | 223 | 224 | 1 | .0000 | 1.0000 | 35.20 | |
| 03/31/2009 | 03/10/2009 | 95889536 | 224 | 225 | 1 | .0000 | 1.0000 | 35.20 | |
| 04/30/2009 | 04/13/2009 | 95889536 | 225 | 226 | 1 | .0000 | 1.0000 | 35.20 | |
| 05/31/2009 | 05/12/2009 | 95889536 | 226 | 228 | 2 | .0000 | 1.0000 | 38.40 | |
| 06/30/2009 | 06/09/2009 | 95889536 | 228 | 230 | 2 | .0000 | 1.0000 | 38.40 | |
| 07/31/2009 | 07/14/2009 | 95889536 | 230 | 234 | 4 | .0000 | 1.0000 | 44.80 | |
| 08/31/2009 | 08/11/2009 | 95889536 | 234 | 236 | 2 | .0000 | 1.0000 | 38.40 | |
| | | | | | 21 | | | 483.20 | |

| Grand Totals: | Usage | Amount |
|---|---|---|
| Water | 21 | 483.20 |
| Returned Check | 0 | .00 |
| Serv Chg/Serv Call | 0 | .00 |
| Non-Water Membership | 0 | .00 |
| Non-Water Reconnect | 0 | .00 |
| Non-Water Excavation | 0 | .00 |
| Non-Water Mainline | 0 | .00 |
| N-W Material Sales | 0 | .00 |
| Non-Water Labor Chg | 0 | .00 |
| Miscellaneous Income | 0 | .00 |
| Private Excav/Labor | 0 | .00 |
| Penalty | 0 | .00 |

*$ 2,304.00    5 yr income on Lews Fireworks* (handwritten)

SIOUX 126

SIOUX 127

The City of Watertown has annexed this account & SRW cannot service it. The meter pit has been dug up & removed & the SLV has been capped off.

# Sioux Rural Water System, Inc.

*verbal go ahead*

45703 176th Street
Watertown, SD 57201-7186

Phone 605-882-1321

July 18, 2000

**Watertown Municipal Utilities**
901 4th Avenue SW
Watertown, SD 57201

*8/16/00 Talked to Geoff Heig & he said they are not interested in serving any of these people & we have the go ahead.*

Attention: Geoff Heig or Harlan Hoy:

RE: Consumers within a 3 mile radius of Watertown that have been added on or want to obtain rural water.

Please find listed below consumers that have been added onto rural water and consumers that would like to obtain rural water from us and they are within a 3 mile radius of Watertown.

**Codington County:**

| | |
|---|---|
| Steve Moeller | Township 116 North, Range 52 West, Section 18, Northeast Quarter |
| Steve Moeller | Township 116 North, Range 52 West, Section 18, Northeast Quarter |
| Rob Beynon | Township 116 North, Range 52 West, Section 12, Southeast Quarter |
| LaVoid Hoff | Township 116 North, Range 53 West, Section 11, Southeast Quarter |
| Robert Day | Township 116 North, Range 53 West, Section 15, Northeast Quarter |
| James Patrick | Township 116 North, Range 53 West, Section 2, Southwest Quarter |
| James Patrick | Township 116 North, Range 53 West, Section 2, Southwest Quarter |
| Patrick Redmond | Township 116 North, Range 53 West, Section 2, Southwest Quarter |
| Nancy Nelson | Township 116 North, Range 53 West, Section 2, Southwest Quarter |
| Garry Ehlebracht | Township 116 North, Range 53 West, Section 2, Southwest Quarter |
| Pelican Plaza | Township 116 North, Range 53 West, Section 3, Southwest Quarter |

SIOUX   141

Page 2

| | |
|---|---|
| Shane Weber | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Glen Brenner | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Steve Horning | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Steve Horning | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Mike Lapka | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| James Reeser | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Michael Donegan | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Dave Kneeland | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Eric Arnold | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Melvin Reeves | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Bradley C. Griepp | Township 116 North, Range 53 West, Section 3, Southwest Quarter |
| Marv Dunn | Township 116 North, Range 52 West, Section 10, Northeast Quarter |
| Miriam Skoglund | Township 117 North, Range 52 West, Section 26, Southeast Quarter |
| Dirk Oliverson | Township 117 North, Range 52 West, Section 27, Northeast Quarter |
| Rolla Stoltenberg | Township 117 North, Range 52 West, Section 15, Southeast Quarter |

Please sign the municipal agreements for these consumers and keep one for your records and return the other one to us as soon as possible.

If you have any questions please give us a call at 882-1321. Our office hours are Monday thru Friday 8:00 am to 5:00 pm.

Sincerely,

Brenda Frost
Brenda Frost
Office Coordinator

Enclosure

ARTICLES OF INCORPORATION

OF

SIOUX RURAL WATER SYSTEM, INC.

KNOW ALL MEN BY THESE PRESENTS: That we, LEO R. HEYN, DUWAYNE A. KRAUSE AND DONALD J. RIES, residents of the State of South Dakota and over twenty-one years of age have associated ourselves together for the purpose of forming a nonprofit corporation in accordance with the provisions of Chapter 47-22, South Dakota Compiled Laws, 1967, and do hereby make, execute and acknowledge in triplicate, these Articles of Incorporation in writing.

### ARTICLE I

The name of this Corporation shall be SIOUX RURAL WATER SYSTEM, INC.

### ARTICLE II

This Corporation shall have perpetual existence.

### ARTICLE III

The objects and purposes of this Corporation are:

A. To acquire, construct, maintain, and operate a system for the diversion, supply, storage, and distribution of water to the members of this Corporation for domestic purpose within the area served by the Corporation in the Counties of Hamlin, Codington, and Deuel, South Dakota.

B. To acquire by appropriation or otherwise, and to lease, sell or dispose of water and water rights for domestic purposes.

C. To borrow money for the us of said corporation and to issue securities therefor and to pledge, mortgage, hypothecate, and otherwise dispose of the real, personal and intangible property of the corporation as security therefor.

D. To have power to establish schedules of rates for the delivery of water, and to levy assessments upon its members, irrespective of whether or not payment in full has been made for their memberships, and to collect such water charges and assessments from its members. In the event of delinquency in the payment of such water charges and assessments, the corporation shall

DERSON & GUNDERSON
ATTORNEYS AT LAW
LAKE, SOUTH DAKOTA

f.

have the power to enforce the collection thereof by either or by any combination of the following remedies, upon giving notice to the delinquent member in the manner provided in the By-Laws as the same are in force and effect at the time such delinquency occurs.

    (1) By personal action of debt brought against the delinquent member in a court of competent jurisdiction.

    (2) By forfeiture of the delinquent membership or termination of the delinquent membership, in the method provided by the By-Laws.

    (3) By withholding the delivery of water from the service connection of the delinquent member.

E. To exercise any and all powers incidental to or conducive to the aforesaid objects or any of them.

## ARTICLE IV.

The principal place of business of the Association shall be located at Watertown, Codington County, South Dakota.

## ARTICLE V.

The address of the initial registered office shall be Route # 4, Watertown, South Dakota, and the name of the initial registered agent at said address for the service of process is DONALD J. RIES.

## ARTICLE VI.

The affairs of the Association shall be under the control of three (3) Directors and those who shall be Directors manage the affairs of the Association for the first year and until their successors are duly elected and qualified are:

| NAME | ADDRESS |
| --- | --- |
| LEO R. HEYN | Watertown, South Dakota |
| DUWAYNE KRAUSE | Castlewood, South Dakota |
| DONALD J. RIES | Watertown, South Dakota |

At the first annual meeting following the expiration of the one-year period for which the Directors herein designated will serve, and at each annual meeting thereafter, a new Board of Directors will be elected in accordance with the provisions of the By-Laws of the Association and the laws of the State of South Dakota, in such cases made and provided.

DERSON & GUNDERSON
.TTORNEYS AT LAW
R LAKE. SOUTH DAKOTA

-2-

## ARTICLE VII

The names and addresses of each incorporator are listed as follows:

| NAME | ADDRESS |
|---|---|
| LEO R. HEYN | Rte. #4, Watertown, South Dakota |
| DUWAYNE KRAUSE | Castlewood, South Dakota |
| DONALD J. RIES | Rte. #4, Watertown, South Dakota |

## ARTICLE VIII

The Board of Directors shall establish a minimum water charge and a schedule of charges for water uses in excess of the minimum. The established minimum water charge shall apply to each service connection. Annually the Board of Directors shall review the established rates and, based upon consideration of the expenses of operation and maintenance, repayment of indebtedness and establishment of a proper reserve fund, and the anticipated amount of such costs during the coming year, shall make any proper revision of such schedule of rates.

## ARTICLE IX

If at any time during the fiscal year it appears in the judgment of the Board of Directors that the amount to be derived from the collection of water charges during such fiscal year will be insufficient for the payment of all costs incident to the operation and maintenance of the corporation's system and payment of the corporation's current indebtedness, the Board shall make and levy an assessment upon each member so that the total of such assessment is sufficient, with the amount of water charges collected and reasonably anticipated to be collected, to fully pay the costs of operation and payments on said current indebtedness. A proportionate amount of the total of such assessment levied in any year shall be levied against each member in an amount equal to that portion which the number of service connections supply each member bears to the total number of service connections served by the system of the corporation.

DERSON & GUNDERSON
ATTORNEYS AT LAW
.R LAKE, SOUTH DAKOTA

-3-

## ARTICLE X

**Section 1.** There shall be no capital stock issued by the corporation and membership in the corporation shall be limited to persons, corporations, or bodies politic owning, controlling or occupying land situated within the area served by the water system of the corporation and reasonably accessible thereto. Applicants for membership must be approved and payment of the membership fee as fixed in the By-Laws, shall be admitted to membership, provided that no occupant of land who is otherwise eligible for membership shall be entitled or be admitted to membership if the capacity of the corporation's system or sources of water supply is required to meet the needs of existing members.

**Section 2.** Each member, upon payment of the membership fee, shall be entitled to have one service connection installed at a point which may conveniently be tapped for the supply of water to the premises occupied by him, and upon payment of recurring water charges and also assessments, shall be entitled to a supply of water as available from the system of the corporation. Any person desiring more than one service connection shall be required to apply for and to pay a separate membership fee for each service connection authorized by the corporation.

**Section 3.** There shall be an annual meeting of the members of the corporation to be held at such time and place as may be provided in the By-Laws. Each member shall be entitled to only one vote irrespective of the number of memberships held.

**Section 4.** Membership in this Association shall be transferable and subject to mortgage or pledge only upon the approval of the Board of Directors. The above provisions shall be recited in all certificates of membership issued.

## ARTICLE XI.

The By-Laws of the Association for the management of its affairs shall be adopted by the members of said Association, and said members will be empowered to amend or repeal said By-Laws in accordance with the provisions thereof.

DERSON & GUNDERSON
ATTORNEYS AT LAW
LAKE, SOUTH DAKOTA

-4-

9.

## ARTICLE XII

Neither cumulative nor proxy voting shall be allowed. Each member shall be permitted only one vote.

## ARTICLE XIII

Sale, conveyance, or encumbrances of all or any part of the property of the company may be made by the Board of Directors provided, however, that such sale, conveyance or encumbrance is authorized by a two-thirds vote of the members at a regular membership meeting or a special membership meeting called for the purpose, and instruments of conveyance or encumbrance shall be executed on behalf of the company by the President and attested by the Secretary of the Company.

## ARTICLE XIV.

Section 1. No officer, Director or member shall at any time receive or become entitled to receive any pecuniary profit from the operations hereof either by dividends or other distribution or by payment of any salary, wage, or reward of any kind in excess of reasonable compensation for services actually rendered by any officer, agent, Director, or employee or member of the corporation.

Section 2. No dividend or distribution of the funds or other property of the corporation shall be made until all debts are fully paid and then only upon its final dissolution, nor shall any distribution be made except by a vote of the majority of the members of the corporation or a quorum therefor as provided in the By-Laws. In the event of dissolution, for the purpose of merger, the net funds of the corporation, if any, shall be transferred to any other or several nonprofit organizations having one or more purposes in common with this corporation.

Section 3. No member's individual liability shall extend beyong the consideration paid by each member for his membership certificate.

IN WITNESS WHEREOF, we, the incorporators, do hereby make, sign, seal and acknowledge this Certificate in triplicate.

JERSON & GUNDERSON
TTORNEYS AT LAW
LAKE, SOUTH DAKOTA

*Leo R. Heyn*

*DuWayne A. Krause*

*Donald J. Ries*

STATE OF SOUTH DAKOTA )
                            )SS
COUNTY OF DEUEL       )

      I, GORDON GUNDERSON, a Notary Public, in and for the County and State aforesaid, do hereby certify that LEO R. HEYN, DUWAYNE A. KRAUSE AND DONALD J. RIES, who are known to me to be the persons whose names are subscribed to the foregoing Articles of Incorporation, appeared before me this day in person and each acknowledged that he signed, sealed and delivered said instrument in writing as his free and voluntary act, for the uses and purposes therein set forth.

      WITNESS my hand and notarial seal this 4th day of May, 1972.

                                            *Gordon Gunderson*
                                            Notary Public

                                            My commission expires: Jan. 19, 1974.

ANDERSON & GUNDERSON
ATTORNEYS AT LAW
LAKE, SOUTH DAKOTA

# Heath Thompson

**From:** Todd Boyd <todobo@itctel.com>
**Sent:** Tuesday, November 26, 2013 1:52 PM
**To:** 'Stanton Fox'
**Cc:** Heath Thompson
**Subject:** RE: Titan Machinery Building

Stanton:

Sioux Rural Water makes no claim for the water service to the new Titan Building. Thank you for your prompt assistance in resolving this matter.

GUNDERSON, EVENSON, BOYD
& KNIGHT, LLP


TODD D. BOYD




**From:** Stanton Fox [mailto:sfox@watertownsd.us]
**Sent:** Monday, November 25, 2013 3:05 PM
**To:** Todd Boyd
**Subject:** RE: Titan Machinery Building

Todd:

At today's Utility Board meeting I was asked for an update. Have you had a chance to discuss this with your Board? Thanks in advance for any reply.

Stanton W. Fox
City Attorney
City of Watertown
SDSB #2433
IL# 6270988
AK# 0011075

*****************************************************************
The information contained in this email, unless otherwise indicated, is privileged under the attorney-client privilege, and is therefore only intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, duplication or distribution of this communication is strictly prohibited. If you have received this email message in error, please notify us immediately and delete this message from your system. Thank you.
*****************************************************************

1

SIOUX 546

# Brenda Anderson

**From:** "Jeff DeVille" <jdeville@watertownmu.com>
**To:** "Brenda Anderson" <brenda@siouxruralwater.com>
**Sent:** Wednesday, August 22, 2012 11:36 AM
**Subject:** RE: Consumers that want to get Sioux rural water

Hello Brenda

We are denying Sioux Rural water connection to these two request.

1. Terry Ingalls    Sheridan Township 116N 52W Section 3 NE 1/4 Outlot B

4. CHS Inc.    Pelican Township 116N 53W Section 12 NE ¼

We have water main adjacent to both of these properties and CHS is in city limits.

Could you send me your rate information for residential and commercial accounts?

Thanks
Jeff


**From:** Brenda Anderson [mailto:brenda@siouxruralwater.com]
**Sent:** Monday, August 20, 2012 2:11 PM
**To:** Jeff DeVille
**Subject:** Consumers that want to get sioux rural water

Jeff

I have 4 consumers that would like to get onto Sioux Rural Water and need to get confirmation that the City of Watertown is not serving them.

1. Terry Ingalls    Sheridan Township 116N 52W Section 3 NE 1/4 Outlot B
    880-0725 (Terry cell)

2. Ken Clausen    Pelican Township 116N 53W Section 2 SW 1/4 Kittleson's 2nd Addition Lot 25
    881-1177 (Ken cell)

3. Chuck Erickson    Elmira Township 117N 52W Section 26 SE 1/4 (just East of his existing place that is currently on SRW)
    880-7497 (Chuck cell)

4. CHS Inc.    Pelican Township 116N 53W Section 12 NE 1/4
    882-1351 (Terry Nelson)

Please let us know as soon as possible on these as they want us to dig in water service to them.

Thanks

Brenda Anderson
Sioux Rural Water

SIOUX 570    8/22/2012