UNITED STATES DISTRICT COURT
MEMORANDUM

**FILED**
NOV 10 2016

Date: November 10, 2016
To: Counsel
Re: Sioux Rural Water v. City of Watertown, et a., CIV 15-1023
From: Judge Kornmann

    The affidavits of Jeff Cole and Zachery Peterson contain far too much information that is not properly highlighted.

    As one provision of the court's standard operating procedures provides, "If you are filing a motion for summary judgment or opposing one, do not submit entire deposition transcripts. Submit only pages and portions of documents that are relevant with the relevant material highlighted. As one circuit has said: "Judges are not like pigs, hunting for truffles buried in briefs." United States v. Dunkel, 927 F.2d 955, 956 (7th Cir. 1991) (quoted with approval in United States v. Gurley, 434 F.3d 1064 (8th Cir. 2006). I realize that you have not submitted all pages of depositions but you need to do a better job in bringing to my attention items upon which you rely. I do not want to pour through all these pages.

    I will wait to hear from you before moving forward on this file. Thank you for your attention to these matters.

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
United States Courthouse
102 Fourth Avenue SE, Suite 408
Aberdeen, SD 57401
605-377-2600

cc: Susan Margolies
    Clerk's file