

# WATERTOWN SERVICE AREA REPORT

## PREPARED FOR

## SIOUX RURAL WATER SYSTEM

February 2016

Schnever
Stephanie L. Moen
Ex. No. 4
Date: _____

DGR Project No. 802810



EXHIBIT F

Case 1:15-cv-01023-CBK   Document 34-6   Filed 11/11/16   Page 2 of 7 PageID #: 496

# WATERTOWN SERVICE AREA REPORT

## PREPARED FOR

## SIOUX RURAL WATER SYSTEM

### February 2016



I hereby certify that this engineering document was prepared by me or under my direct personal supervision and that I am a duly Licensed Professional Engineer under the laws of the State of South Dakota.

By _Darin Schriever_    2/5/16
Darin L. Schriever, P.E.

License Number 7785

My license renewal date is July 31, 2016.

Pages or sheets covered by this seal: All except Appendices

DGR Project No. 802810

## DGR Engineering

Rock Rapids, IA • Sioux Falls, SD • Sioux City, IA • Ankeny, IA
(712) 472-2531   (605) 339-4157   (712) 266-1554   (515) 963-3488



# Memo

**TO:** DLS

**FROM:** Paul Messner

**DATE:** 1/25/2016

**RE:** Sioux-Watertown Users

Model used: 15bndry0.p2k, 15bndry1.p2k, 15bndry0-exst.p2k

We analyzed Sioux's ability to provide service to the following users.

**West Side of Watertown**
- Pelican View Estates (154 connections)
- Kaks Addition (22 connections)
- B&G Welding
- C&K Truck & Trailer Repair
- K&P Pump Repair/ Controls

**East Side of Watertown**
- Big Shot Fireworks
- Cross Country Freight Solutions
- Dakota Automaition
- Fed Ex
- Hartley Trucking
- Kenworth
- Lews Fireworks
- McFleeg Feed
- New Building
- Rising Star Hydrolics
- Watertown Auction Inc.
- Wheel Co
- WW Tire

**West Side of Watertown**
We first analyzed the system's minimum pressures and maximum flows during instantaneous peak demand (IPD).

    Sheet 1 shows the overall pressures and flows of the existing system on the west side of Watertown <u>before</u> the improvement project is completed.

    Sheet 2 is the same as the previous sheet but shows a close up of the area.

Sheet 3 shows a close up of the WTP.

Sheet 4 shows the overall pressures and flows of the existing system on the west side of Watertown <u>after</u> the improvement project is completed.

Sheet 5 is the same as the previous sheet but shows a close up of the area.

Sheet 6 shows a close up of the WTP.

Sheet 7 shows the overall pressures and flows with the users added with minor improvements <u>after</u> the improvement project is completed.

Sheet 8 is the same as the previous sheet but shows a close up of the area.

Sheet 9 shows a close up of the WTP.

### East Side of Watertown

Sheet 10 shows the overall pressures and flows of the existing system on the east side of Watertown <u>before</u> the improvement project is completed.

Sheet 11 is the same as the previous sheet but shows a close up of the area.

Sheet 12 shows the overall pressures and flows with the users added <u>before</u> the improvement project is completed.

Sheet 13 is the same as the previous sheet but shows a close up of the area.

Sheet 14 shows the overall pressures and flows of the existing system on the east side of Watertown <u>after</u> the improvement project is completed.

Sheet 15 is the same as the previous sheet but shows a close up of the area.

Sheet 16 shows the overall pressures and flows with the users added <u>after</u> the improvement project is completed.

Sheet 17 is the same as the previous sheet but shows a close up of the area.

We also reviewed the average pressures and flows during a 20 hour delivery.  The following sheet better show the average predicted pressures in the distribution system.

### West Side of Watertown
Sheet 18 shows the overall average pressures and flows of the existing system on the west side of Watertown <u>before</u> the improvement project is completed.

Sheet 19 is the same as the previous sheet but shows a close up of the area.

Sheet 20 shows a close up of the WTP.

Sheet 21 shows the overall average pressures and flows of the existing system on the west side of Watertown <u>after</u> the improvement project is completed.

Sheet 22 is the same as the previous sheet but shows a close up of the area.

Sheet 23 shows a close up of the WTP.

Sheet 24 shows the overall average pressures and flows with the users added with minor improvements <u>after</u> the improvement project is completed.

Sheet 25 is the same as the previous sheet but shows a close up of the area.

Sheet 26 shows a close up of the WTP.

### East Side of Watertown

Sheet 27 shows the overall average pressures and flows of the existing system on the east side of Watertown <u>before</u> the improvement project is completed.

Sheet 28 is the same as the previous sheet but shows a close up of the area.

Sheet 29 shows the overall average pressures and flows with the users added <u>before</u> the improvement project is completed.

Sheet 30 is the same as the previous sheet but shows a close up of the area.

Sheet 31 shows the overall average pressures and flows of the existing system on the east side of Watertown <u>after</u> the improvement project is completed.

Sheet 32 is the same as the previous sheet but shows a close up of the area.

Sheet 33 shows the overall average pressures and flows with the users added <u>after</u> the improvement project is completed.

Sheet 34 is the same as the previous sheet but shows a close up of the area.

See the following sheets for details.

Please contact us with any questions.

Sincerely,

DGR ENGINEERING

*Paul Messner*

Paul Messner
Enclosure



Overall – West side of Watertown – IPD – Min Pressures and Max Flows
Existing System <u>before</u> the Improvement Project is complete

P:\08\028\KYPIPE\2016\Sioux-Watertown Users2.docx

1

Overall – East side of Watertown – IPD – Min Pressures and Max Flows
Existing System before the Improvement Project is complete

P:\08\028\KYPIPE\2016\Sioux-Watertown Users2.docx

