```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF SOUTH DAKOTA
                        NORTHERN DIVISION
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SIOUX RURAL WATER SYSTEM, INC.,    *      Civ. 15-1023
a Non-Profit Corporation           *
                                   *
             Plaintiff,             *
                                   *
   -vs-                            *    DEFENDANTS' UNOPPOSED
                                   *    MOTION FOR EXTENSION OF
CITY OF WATERTOWN, a South Dakota  *      DEADLINE FOR MOTION
Municipality, and WATERTOWN        *           RESPONSES
MUNICIPAL UTILITIES, an agency of  *
the CITY OF WATERTOWN,             *
                                   *
             Defendants.           *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

     Pursuant to D.S.D. LR 7.1(B), defendants are required to serve and file their responsive brief and other materials in opposition to Plaintiff's Motion for Summary Judgment or in the Alternative Partial Summary Judgment (Doc. 22) on or before November 28, 2016; and plaintiff is required to serve and file its responsive brief and other materials in opposition to Defendants' Motion for Summary Judgment (Doc. 28) on or before November 28, 2016.

     Defendants hereby respectfully move the Court to enter an Order extending the deadline for both plaintiff and defendants to serve and file their responsive briefs and other materials to December 5, 2016.  The undersigned conferred with counsel for plaintiff and he has no objection to this Motion.

     Dated this 21st day of November, 2016.

                          RICHARDSON, WYLY, WISE, SAUCK
                             & HIEB, LLP


                          By  /s/ Zachary W. Peterson
                             Attorneys for Defendants

                          One Court Street
                          Post Office Box 1030
                          Aberdeen, SD  57402-1030
                          Telephone No. (605)225-6310
                          Fax No. (605)225-2743
                          E-Mail: zpeterson@rwwsh.com

**CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for defendants, hereby certifies that on the 21st day of November, 2016, a true and correct copy of **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR MOTION RESPONSES** was served electronically through the CM/ECF Federal Court filing system on:

(jcole@zdclaw.com)
Mr. Jeffrey A. Cole
Zimmer, Duncan & Cole, LLP
Attorneys at Law
5000 South Broadband Lane, #119
Sioux Falls, SD  57108

                                /s/ Zachary W. Peterson