
FILED
NOV 22 2016

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN,<br><br>Defendants. | Civ. 15-1023<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR MOTION RESPONSES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Pending before the Court is Defendants' Unopposed Motion for Extension of Deadline for Motion Responses, in which the defendants request the Court extend the time for the parties to serve and file their materials in response to the pending summary judgment motions (Docs. 22 and 22) to December 5, 2016. After reviewing the Motion, together with the file in this matter,

IT IS ORDERED:

1. That Defendants' Unopposed Motion for Extension of Deadline for Motion Responses is granted.

2. The parties' responsive briefs and other materials submitted in opposition to the pending summary judgment motions shall be filed and served on or before December 5, 2016.

Dated this 22nd day of November, 2016.

BY THE COURT:

_Charles B. Kornmann_
Honorable Charles B. Kornmann
United States District Judge

00136384.WPD / 1