UNTIED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN<br><br>    Defendants. | Civ. 15-1023<br><br><br><br>SECOND AFFIDAVIT OF JEFF COLE IN SUPPORT OF RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS |

STATE OF SOUTH DAKOTA )
          : SS
COUNTY OF LINCOLN  )

  Jeff Cole, being first duly sworn on oath, deposes and states:

  1.  That this affiant is one of the attorneys representing Sioux Rural Water System, a non-profit corporation, in the above-entitled matter.

  2.  Attached hereto as Exhibit 1 is a true and correct copy of Kittleson's Addition within Watertown's "Future Use Map" circled in red ink.

  3.  Attached hereto as Exhibit 2 is a true and correct copy of the relevant portions of the Water Service and Voluntary Annexation Agreement highlighted in yellow.

4. Attached hereto as Exhibit 3 is a true and correct copy of the relevant portions of Rick Westbrook's deposition testimony and depo Exhibit 5 highlighted in yellow.

5. Attached hereto as Exhibit 4 is a true and correct copy of the relevant portions of Jeff Deville's deposition testimony highlighted in yellow.

6. Attached hereto as Exhibit 5 is a true and correct copy of the relevant portions of Steve Burian's deposition testimony highlighted in yellow.

7. Attached here to as Exhibit 6 is a true and correct copy of the relevant portions of Steve Lehner's deposition testimony highlighted in yellow.

8. Attached hereto as Exhibit 7 is a true and correct copy of the relevant portions of Richard Wagner's deposition testimony highlighted in yellow.

9. Attached hereto as Exhibit 8 is a true and correct copy of the relevant portions of Darin Schriever's deposition testimony, including Exhibit 4 which was his Expert Report. Attached are the relevant portions of his report highlighted in yellow.

10. Attached hereto as Exhibit 9 is a true and correct copy of

relevant portions of Steve Burian and Richard Wagner's Expert Report highlighted in yellow.

Dated this 5th day of December, 2016.

_____
Jeff Cole

Subscribed and sworn to before me
this 5th day of December, 2016.

_____
Notary Public - South Dakota
My Commission Expires: 07/08/2019

RHONDA J. HAHNE
NOTARY PUBLIC
SEAL   SOUTH DAKOTA

3