

Think Big. Go Beyond.

# Technical Memorandum

**To:** Jeff Deville – Watertown Municipal Utilities

**From:** Steve Burian, PE

Richard Wagner, PE

**Re:** Analysis of Sioux Rural Water Capacity to Serve West Side and East Side

**Date:** August 12, 2016

## Introduction

Advanced Engineering and Environmental Services, Inc. (AE2S) has been retained by Watertown Municipal Utilities (WMU) as an expert consultant to review the Watertown Service Area Report (WSAR), prepared by DGR Engineering for the Sioux Rural Water (SRW) System dated February 2016. This technical memorandum (TM) is a summary of the AE2S review and includes an evaluation of the SRW System capacity to serve areas to the east and west of the City of Watertown.

## References

AE2S was provided a copy of the WSAR from WMU. The WSAR includes a five page overview of the SRW system, including background information, the Watertown service area, and a summary of the Sioux Water Treatment Plant (WTP). In addition, the WSAR includes a resume for Darin Schriever, PE in Appendix A, a preliminary engineering report for the Sioux Rural Water System in Appendix B, a preliminary engineering report addendum in Appendix C, proposed distribution improvements in Appendix D, and hydraulic modeling results in Appendix E.

Additional information was also provided by WMU, including historical water usage, building water service pipe size, and date of connection to WMU for specific users. This information is shown within this TM. WMU also provided information on the current city limits of Watertown which is labeled as Attachment No. 1. Attachment No. 2 and Attachment No. 3 are enlarged maps showing the West Side and the East Side, respectively, which reference the same areas as

Think Big. Go Beyond.    Page 1 of 13
W:\WMU00847-2016-002\Expert Consultant\Report\Water Supply Evaluation 2016-08-12.docx    www.ae2s.com

EXHIBIT 9

Exhibit A    1

Technical Memorandum
RE: Analysis of Sioux Rural Water Capacity to Serve West Side and East Side
Date: August 12, 2016

consumption history than 5,500 g/c/m. Table 3 – Historical Annual Water Usage shows the total water use per year along with the average monthly water usage for each of these users.

Table 3 – Historical Annual Water Usage

| East Side User | Annual Water Usage (gal) | | | Average Monthly Usage (gal) | | |
|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2013 | 2014 | 2015 |
| Big Shot Fireworks | NA | NA | 748 | NA | NA | 62* |
| Cross Country Couriers | NA | NA | 15,708 | NA | NA | 1,309* |
| Dakota Automation | 132,396 | 48,620 | 47,872 | 11,033 | 4,052 | 3,989 |
| Fed Ex | 32,164 | 25,432 | 29,920 | 2,680 | 2,119 | 2,493 |
| Randy Hartley | 59,840 | 60,588 | 54,604 | 4,987 | 5,049 | 4,550 |
| Watertown Truck & Trailer | 86,020 | 84,524 | 118,932 | 7,168 | 7,044 | 9,911 |
| Lew's Fireworks | 17,204 | 20,196 | 21,692 | 1,434 | 1,683 | 1,808 |
| McFleegs | 32,912 | 48,620 | 23,188 | 2,743 | 4,052 | 1,932 |
| Rising Star | 364,276 | 448,052 | 423,368 | 30,356 | 37,338 | 35,281 |
| Jim Aesoph – Car Wash | NA | NA | 748 | NA | NA | 62* |
| Jim Aesoph | 8,976 | 10,472 | 7,480 | 748* | 873* | 623* |
| Wheelco | 13,464 | 47,124 | 63,580 | 1,122 | 3,927 | 5,298 |
| Wayne Weelborg | 110,704 | 190,956 | 61,336 | 9,225 | 9,163 | 5,111 |

* Values may not reflect true monthly usage due to intermittent water use (i.e. seasonal variability)

As can be seen in Table 3, the 5,500 g/c/m average monthly assumption appears to initially be adequate for all of these users except two, Watertown Truck and Trailer and Rising Star. Recognizing that some of these users consist of unique businesses that have irregular water demand from one month to the next, however, further investigation into their water usage is necessary. Table 4 – Peak Monthly Water Usage was prepared to indicate the month each user used the most water and also show the magnitude of their usage. This table shows the month that had the highest water usage for years 2013, 2014, and 2015.