UNTIED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN<br><br>Defendants. | Civ. 15-1023<br><br>**SECOND AFFIDAVIT OF HEATH THOMPSON IN SUPPORT OF RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS** |

STATE OF SOUTH DAKOTA  )
                        : SS
COUNTY OF CODINGTON     )

Heath Thompson, being first duly sworn on oath, deposes and states:

1.    That this Affiant is the Manager of Sioux Rural Water System [hereinafter "Sioux"], a non-profit corporation, organized under the laws of the State of South Dakota in the above-entitled matter.

2.    Sioux would have and will in the future construct necessary facilities to serve customers entitled to receive water from Sioux.

3.    Sioux was never given the opportunity to provide water service to the 192 customers identified in Exhibit E of Darin Schriever's Report.  Watertown and WMU simply took the customers.

I

Dated this 5th day of December, 2016.

Heath Thompson

Subscribed and sworn to before me
this 5th day of December, 2016.

J. Bruinsma

Notary Public - South Dakota,
My Commission Expires: 2-5-19

SARAH J. BRUINSMA
(SEAL)
NOTARY PUBLIC
SOUTH DAKOTA

2