UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation | \* \* \* | Civ. 15-1023 |
| Plaintiff, | \* \* | |
| -vs- | \* \* | **AFFIDAVIT OF ZACHARY W.** **PETERSON IN OPPOSITION** |
| CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN, | \* \* \* \* | **TO PLAINTIFF'S MOTION** **FOR SUMMARY JUDGMENT** |
| Defendants. | \* \* \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF SOUTH DAKOTA)
                      : SS.
COUNTY   OF    BROWN)

· Zachary W. Peterson, being first duly sworn, on oath, deposes and states as follows:

1.    I am one of the attorneys representing the defendants in the above-captioned case, and I make this Affidavit upon my personal information and knowledge.

2.    This Affidavit is submitted in opposition to Plaintiff's Motion for Summary Judgment (Doc. 22). Defendants have filed their own Motion for Summary Judgment, and the previously-filed Affidavit of Zachary W. Peterson and its exhibits (Doc. 31) and the Amended Affidavit of Zachary W. Peterson and its exhibits (Doc. 34) are incorporated by this reference.

1

3.    Attached as Exhibit A is a true and correct copy
of a document entitled Agreement Regarding Provision of Water
Service to Big Shots Fireworks.

_____
Zachary W. Peterson

Subscribed and sworn to before
me this 5th day of December, 2016.

_____
Notary Public, South Dakota

My Commission Expires:  3/16/2021

2