**FILED**
**DEC 21 2016**


UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

Charles B. Kornmann United States District Judge Presiding

| Courtroom Deputy - BJP<br>Courtroom - AB #1 | Court Reporter – FTR<br>Date – December 21, 2016 |
|---|---|
| CIV 15-1023 ||
| Sioux Rural Water System, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>City of Watertown<br><br>Defendant. | Jeffrey A. Cole and Willliam D. Sims<br><br><br><br><br><br>Jack H. Hieb |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:
1:29 p.m. Enter status conference before the Honorable Charles B. Kornmann, Judge, presiding

Court makes statement to parties regarding this case at hand.

Mr. Cole makes statement on behalf of the plaintiff.

Mr. Hieb makes statement on behalf of the defendant.

Court will hold ruling on the motions for summary judgment for two months.

Counsel will be seeking a transcript of today's conference.

2:05 p.m. Court in recess.