UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, a South Dakota Municipality; and WATERTOWN MUNICIPAL UTILITIES, an agency of the City of Watertown,<br><br>　　　　　　Defendants. | 1:15-CV-1023-CBK<br><br><br>NOTICE OF FILING OF OFFICIAL TRANSCRIPT |

　　　　Notice is hereby given that an official transcript of proceedings has been filed by the court reporter in the above-captioned matter.  The parties have twenty-one (21) calendar days to file a Redaction Request of the transcripts.  If no Redaction Request is filed, the transcripts may be made remotely electronically available to the public without redaction after ninety (90) calendar days.

　　　　Any party needing a copy of the transcripts to review for redaction purposes may purchase a copy from the court reporter or view the document at the public terminal located at the Office of the Clerk.

　　　　　　　　　　　　　　　　　　　　/s/ Leslie A. Hicks
　　　　　　　　　　　　　　　　　　　　Leslie A. Hicks
　　　　　　　　　　　　　　　　　　　　Registered Professional Reporter
　　　　　　　　　　　　　　　　　　　　225 S. Pierre Street, Room 413
　　　　　　　　　　　　　　　　　　　　Post Office Box 7147
　　　　　　　　　　　　　　　　　　　　Pierre, South Dakota 57501
　　　　　　　　　　　　　　　　　　　　(605) 945-4612
　　　　　　　　　　　　　　　　　　　　Leslie_Hicks@sdd.uscourts.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2017, I electronically served the foregoing parties in this matter using the CM/ECF system, which will send notification to the following: Jeffrey A. Cole, William D. Sims, Jack H. Hieb, and Zachary W. Peterson, and/or mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

      /s/ Leslie A. Hicks
      Leslie A. Hicks
      Registered Professional Reporter
      225 S. Pierre Street, Room 413
      Post Office Box 7147
      Pierre, South Dakota 57501
      (605) 945-4612
      Leslie_Hicks@sdd.uscourts.gov