## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## NORTHERN DIVISION

Charles B. Kornmann United States District Judge Presiding

| Courtroom Deputy - KMH | Court Reporter – Cheryl Hook |
| Courtroom - AB #1 | Date – May 4, 2017 |

CIV15-1023

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., | Jeffrey A. Cole - telephonically |
| | William D. Sims - telephonically |
| Plaintiff, | |
| vs. | |
| CITY OF WATERTOWN, et al. | Jack H. Hieb |
| | Zachary W. Peterson |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN:  9:00 AM

TIME:

9:02 AM  Enter Telephonic Pretrial Conference before the Hon. Charles B. Kornmann, Judge, presiding.

Discussion of projects pending with the City of Watertown.

Counsel state they have been unsuccessful with mediation.

Discussion of trial dates.

The jury trial will be scheduled for August 28, 2017 at 10:30 AM.

Counsel shall receive the jury list and supplemental questionnaires.

9:21 AM  Court adjourned.