UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION



FILED
MAY 05 2017
CLERK

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., A NON-PROFIT CORPORATION;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, A SOUTH DAKOTA MUNICIPALITY; AND WATERTOWN MUNICIPAL UTILITIES, AN AGENCY OF THE CITY OF WATERTOWN;<br><br>Defendants. | 1:15-CV-01023-CBK<br><br>ORDER FIXING TRIAL DATES |

A pretrial conference was held on Thursday, May 4, 2017, Jeffrey A. Cole appeared for the plaintiff, and Jack H. Hieb and Zachary W. Peterson appeared for the defendant.

IT IS ORDERED:

(1) The deadline for settlement will be ten working days before trial.

(2) The parties shall submit a trial brief and proposed jury instructions to the Court and opposing counsel no later than 10 working days before trial. The originals shall be in proper form to go to the jury. A copy of each proposed instruction showing source and authority notes shall be furnished to the Court and other counsel at the same time. The Court has assembled basic instructions used in all civil cases defining duties of jurors, burden of proof,

basic definitions and other matters. Therefore, the parties should only submit those instructions which are related to the specific matters in issue in this case.

(3) All motions in limine shall be filed at least 10 working days before trial. Responses shall be due no later than 5 working days before trial.

(4) Counsel shall submit a hard copy of the list of all witnesses and a list of all proposed exhibits with a copy showing the number of each exhibit as marked to the Judge's chambers and file the same with the Clerk of Court by no later than 9:00 o'clock a.m. on the Friday prior to trial. This directive does not alter or modify the obligation of counsel to comply fully with Fed.R.Civ.P. 26.

(5) Counsel shall report to the Court in writing five days before trial, pursuant to the Court's standard operating procedures, any contacts a potential juror may have with the parties, their attorneys, or their witnesses.

(6) The jury trial herein shall commence on Monday, August 28, 2017, at 10:30 a.m.

DATED this 4th day of May, 2017.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge