**MEMORANDUM**
**UNITED STATES DISTRICT COURT**

**FILED**
JUL 14 2017

Date: July 14, 2017
To: Counsel
From: Judge Kornmann
Re: Sioux Rural Water v. Watertown, et al., CIV 15-1023

    This case is set for trial on Monday, August 28. My criminal case schedule is very congested and I need, of course, to comply with the Speedy Trial Act.

    I take it that this case will not settle and will be tried. I know you tried mediation and that did not work. A jury trial is fine with me, of course, but I do not want you to go to the last minute and then settle. If you are going to settle, please do it now. If you settle a case too close to the trial date, I have no chance to deal with pending criminal cases that week.

    You do not need to reply if indeed this case will be tried as scheduled. Thank you for your attention to these matters.

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
United States Courthouse
102 4th Ave. SE, Suite 408
Aberdeen, SD 57401
605-377-2600

cc: Clerk's file
    Susan Margolies