FILED
AUG 04 2017

UNTIED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN<br><br>Defendants. | Civ. 15-1023<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND SETTLEMENT DEADLINE** |

Pending before the Court is a Joint Motion to Extend Settlement Deadline, in which the parties request the Court extend the deadline for settlement of this matter to August 15, 2017. After reviewing the Motion, together with the file in this matter,

IT IS ORDERED:

1. That the Joint Motion to Extend Settlement Deadline is granted.

2. The parties' deadline for settlement is 11:59 p.m. August 15, 2017.

Dated this 4th day of August, 2017.

BY THE COURT:

Charles B. Kornmann
Honorable Charles B. Kornmann
United States District Judge

1