UNTIED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN<br><br>Defendants. | Civ. 15-1023<br><br><br><br>**PLAINTIFF'S MOTION TO EXCLUDE WITNESSES** |

Comes now the Plaintiff in the above-entitled matter, by and through its attorneys, Jeff Cole and William D. Sims, and respectfully moves this Court, pursuant to Fed. R. Civ. P. 37, for an Order to exclude 12 of Defendants' witnesses that were disclosed 272 days after the deadline for disclosing witnesses. The grounds for this Motion are further discussed in the Brief in Support of Plaintiff's Motion to Exclude Witnesses, which is being filed herewith. The witnesses identified 272 days after the deadline are:

1. Mr. Virgil and Mrs. Sue Borns
2. Ms. Heather Farnham
3. Mr. Steve Horning
4. Mr. Merlin Jeitz
5. Mr. Greg Moes
6. Ms. Joy Nelson

7. Mr. Chip Premus

8. Mr. Dan Radershadt

9. Mr. Eric Skott

10. Mr. Albin Stromseth

11. Mark Meier

Dated this 14th day of August, 2017.

                    /s/ Jeff Cole
                    Jeff Cole
                    William D. Sims
                    ZIMMER, DUNCAN AND COLE, L.L.P.
                    5000 S. Broadband Lane, Suite 119
                    Sioux Falls, SD 57108
                    (605) 361-9840
                    jcole@zdclaw.com
                    bill@zdclaw.com
                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of Plaintiff's Motion to Exclude Witnesses was electronically filed and served via the CM/ECF system on this 14th day of August, 2017 to:

| Jack Hieb | Zachary W. Peterson |
| jhieb@rwwsh.com | zpeterson@rwwsh.com |

Dated this 14th day of August, 2017.

                    /s/ Jeff Cole
                    For the Firm