

JOHN H. ZIMMER
1922 - 2012

DENNIS L. DUNCAN

JEFFREY A. COLE

DREW C. DUNCAN

WILLIAM D. SIMS

AMANDA W. ENGEL

SIOUX FALLS
5000 S. Broadband Lane
Suite 119
Sioux Falls, SD 57108
VOICE: (605) 361-9840
FAX: (605) 271-7872

PARKER
120 N. Main Street
P.O. Box 550
Parker, SD 57053
VOICE: (605) 297-4446
FAX: (605) 297-4488

www.zdclaw.com

o-Please reply to the Sioux Falls Office.

Sender's Email Address:
jcole@zdclaw.com

August 17, 2017

The Honorable Charles B. Kornmann
United States District Judge
United States Courthouse
104 Fourth Avenue, SE, Suite 408
Aberdeen, SD   57401

RE:   Sioux Rural Water vs. City of Watertown, et al.
      Civ. 15-1023

Dear Judge Kornmann:

The purpose of this letter is to notify the Court that the parties have settled the above matter and will no longer need the reserved jury trial dates of August 28-September 1st.  However, counsel for the parties will appear on August 28, 2017 to present a Consent Decree to the Court for approval.

Should you have any questions or concerns, please feel free to contact our office.

Respectfully,

JEFF COLE
JC/rjh

Cc:   Jack Hieb/Zachary Peterson
      Client