

**FILED**
AUG 2 8 2017

CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - BJP<br>Courtroom - AB #1 | Court Reporter – Cheryl Hook via video conference<br>Date – August 28, 2017 |

| CIV 15-1023 | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., a Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, a South Dakota Municipality, and WATERTOWN MUNICIPAL UTILITIES, an agency of the CITY OF WATERTOWN,<br><br>Defendants. | Jeffrey A. Cole and Willliam D. Sims<br><br><br><br><br>Jack H. Hieb |

TIME HEARING SCHEDULED TO BEGIN: 10:30 a.m.

TIME:
11:21 a.m.  Enter status conference before the Honorable Charles B. Kornmann, Judge, presiding

Court makes statement to parties regarding this case at hand.

Mr. Hieb makes statement to the Court. Mr. Hieb presents the Court with an enlarged copy of Exhibit A to the proposed consent decree.

Mr. Cole makes statement on behalf of the plaintiff.

Counsel state their appearances.

Mr. Hieb makes statement on behalf of the defendant.

Court makes statement to the parties regarding receiving the approval of the United States Department of Agriculture's Department of Rural Development prior to the entry of the consent decree.

The Court signs the Consent Decree, but orders that the consent decree will not be filed until Mr. Cole receives the signed approval from the Department of Agriculture.

11:40 a.m.  Court in recess.