UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



FILED
AUG 28 2017
CLERK

| | |
|---|---|
| SIOUX RURAL WATER SYSTEM, INC., A NON-PROFIT CORPORATION;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WATERTOWN, A SOUTH DAKOTA MUNICIPALITY; AND WATERTOWN MUNICIPAL UTILITIES, AN AGENCY OF THE CITY OF WATERTOWN;<br><br>Defendants. | 1:15-CV-01023-CBK<br><br>ORDER |

The parties have reached a settlement and consent judgment.

Now, therefore,

IT IS ORDERED that the motions *in limine*, Docs. 60, 64, 65, 66, and 67 and the motion to exclude witnesses, Doc. 70, are denied as moot.

DATED this 28th day of August, 2017.

BY THE COURT:

Charles B. Kornmann

CHARLES B. KORNMANN
United States District Judge