

EXHIBIT A — Consent Decree